United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Golazo, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-4448841** | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1534 1st Ave. S Suite 200** **Seattle, WA 98154** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **King** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)     **www.drinkgolazo.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

Case 15-17475-CMA    Doc 1    Filed 12/28/15    Ent. 12/28/15 14:04:07    Pg. 1 of 101

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.
___3121___

**8.**  **Under which chapter of the Bankruptcy Code is the Debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | _____ | | | Relationship to you | _____ |
| | District | _____ | When | _____ | Case number, if known | _____ |

Case 15-17475-CMA    Doc 1    Filed 12/28/15    Ent. 12/28/15 14:04:07    Pg. 2 of 101

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .  *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signature

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 18, 2015**
          MM / DD / YYYY

**X** **/s/ Richard Tait**                    **Richard Tait**
Signature of authorized representative of debtor       Printed name

Title    **Co-Founder**

**18. Signature of attorney**

**X** **/s/ Arthur A. Shwab WSBA**         Date   **December 18, 2015**
Signature of attorney for debtor                  MM / DD / YYYY

**Arthur A. Shwab WSBA**
Printed name

**Bush Strout & Kornfeld LLP**
Firm name

**601 Union Street #5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone   **206-292-2110**       Email address _____

**#44250**
Bar number and State

Fill in this information to identify the case:

Debtor name    **Golazo, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 18, 2015**    X **/s/ Richard Tait**
                                              Signature of individual signing on behalf of debtor

                                              **Richard Tait**
                                              Printed name

                                              **Co-Founder**
                                              Position or relationship to debtor

Debtor name   **Golazo, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

**Part 1:**    **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     1a. **Real property:**
        Copy line 88 from *Schedule A/B*..................................................................................................    $        0.00

     1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*................................................................................................    $        688,843.07

     1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*..................................................................................................    $        688,843.07

**Part 2:**    **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $        23,767.29

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................    $        110.00

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*...............................    +$        244,723.49

4.   Total liabilities ...................................................................................................................
    Lines 2 + 3a + 3b     $        268,600.78

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Golazo, Inc.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON |
| Case number (if known) | |

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.     **Cash on hand** | **$7,876.41** |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
|     **Business Checking**<br>    **Last 4 digits of Acc# : 0110**<br>3.1.   **Plaza Bank** | **Business Checking** | **0110** | **$0.00** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.** | **$7,876.41** |

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

| 8.1.   **Rent deposit with WSA Properties II, LLC** | **$4,400.00** |
|---|---|

9.    **Total of Part 2.**                                              | $4,400.00 |

      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

      11a. 90 days old or less:            30,360.72       -            0.00   = ....         $30,360.72
                                     face amount                doubtful or uncollectible accounts

12.   **Total of Part 3.**                                              | $30,360.72 |

      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **HYDRATION Beverage Ingredients:  Flavors, Ascorbic Acid, Colors** | 12/2/2015 | $12,068.87 | Book | $12,068.87 |
| **HYDRATION Beverage Ingredient: Organic Concentrated Coconut Water 60 Brix** | 12/1/2015 | $5,324.27 | Book | $5,324.27 |
| **HYDRATION Beverage Ingredient:  Organic Sugar** | 12/1/2015 | $6,840.27 | Book | $6,840.27 |
| **HYDRATION Beverage Ingredient:  Salt** | 12/1/2015 | $124.95 | Book | $124.95 |
| **HYDRATION Beverage Ingredient:  BELGE CITRIQUE citric acid** | 12/1/2015 | $264.60 | Book | $264.60 |

| | | | | |
|---|---|---|---|---|
| **HAMMER labels** | 12/1/2015 | $11,202.22 | Book | $11,202.22 |
| **GPAC printed trays** | 12/1/2015 | $12,760.00 | Book | $12,760.00 |
| **ENERGY Beverage: Flavors** | 12/1/2015 | $2,852.23 | Book | $2,852.23 |
| **ENERGY Beverage: Other Ingredients - Stevia, Yerba Mate, Caffeine, Erythritol** | 12/1/2015 | $3,627.92 | Book | $3,627.92 |
| **ENERGY Beverage Ingredients: Cane Sugar, Sodium and Potassium Citrate and Citric Acide** | 12/1/2015 | $7,506.66 | Book | $7,506.66 |
| **ENERGY Beverage Cans** | 12/1/2015 | $29,838.51 | Book | $29,838.51 |
| **GPAC Printed Trays** | 12/1/2015 | $8,821.00 | Book | $8,821.00 |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

| | | | | |
|---|---|---|---|---|
| **ENERGY Cases - Mango Lime** | 12/1/2015 | $35,327.73 | Wholesale | $76,749.12 |
| **ENERGY Cases - Mandarin** | 12/1/2015 | $33,149.38 | Wholesale | $73,690.56 |
| **ENERGY Cases - Hibiscus** | 12/1/2015 | $49,224.60 | Wholesale | $107,308.80 |
| **ENERGY Cases - Sugar Free Mango Lime** | 12/1/2015 | $32,450.94 | Wholesale | $64,851.84 |
| **ENERGY Cases - Sugar Free Mandarin** | 12/1/2015 | $15,323.55 | Wholesale | $31,648.32 |
| **ENERGY Cases - Sugar Free Hibiscus** | 12/1/2015 | $17,882.81 | Wholesale | $37,350.72 |
| **HYDRATION Cases - Mango Lime** | 12/1/2015 | $2,350.04 | Wholesale | $4,656.96 |
| **HYDRATION Cases - Lemon Lime** | 12/1/2015 | $2,505.00 | Wholesale | $4,536.00 |

| | | | | |
|---|---|---|---|---|
| **HYDRATION Cases - Mandarin** | 12/1/2015 | $2,559.15 | Wholesale | $5,488.56 |
| **HYDRATION Cases - Hibiscus** | 12/1/2015 | $4,537.78 | Wholesale | $8,512.56 |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                          | $516,024.94 |

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value    4323.26    Valuation method    book    Current Value    4323.26

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** **Office Furniture - See Attachment** | $0.00 | 50% Retail Value | $27,241.00 |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** **Computers - See Attachment** | $0.00 | Liquidation | $3,390.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                          | $30,631.00 |

Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1..  **2007 Toyota FJ Cruiser 4DR SUV; VIN JTEBU11F470075036** | $0.00 | **Kelly Blue Book** | $13,300.00 |
| 47.2..  **2012 Ford Transit; VIN NM0LS7AN0CT125137** | $0.00 | **Kelly Blue Book** | $12,000.00 |
| 47.3..  **2011 Ford E350; VIN 1FTSS3EL6BDA84960** | $0.00 | **Kelly Blue Book** | $12,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**                                                             | $37,300.00 |

       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Debtor | **Golazo, Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Office space, month-to-month lease, at 1534 1st Ave. S Suite 200, Seattle, WA** | Lessee | $0.00 | | $0.00 |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   | $0.00 |
   |---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>**Registered Trademarks - See Attachment** | $0.00 | 50% reg. fee | $62,250.00 |
| 61. **Internet domain names and websites**<br>**BebeGolazo.com**<br>**EchateUnGolazo.com**<br>**Girlazo.com**<br>**Golazo2018.com**<br>**Golazo2022.com**<br>**Golazo2026.com**<br>**Golazo2030.com**<br>**GolazoEnergyDrink.com**<br>**GolazoHidrata.com**<br>**TomaGolazo.com**<br>**DrinkGolazo.com**<br>**GolazoEnergy.com**<br>**GolazoFutbol.com**<br>**NaturalSportsFuel.com** | $0.00 | | Unknown |
| 62.    **Licenses, franchises, and royalties** | | | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                       Best Case Bankruptcy

| 63. | **Customer lists, mailing lists, or other compilations**<br>**email newsletter list containing 2,000 "opt-in"**<br>**emails** | $0.00 | | $0.00 |
|---|---|---|---|---|

| 64. | **Other intangibles, or intellectual property**<br>**www.facebook.com/galazo**<br>**www.twitter.com/DrinkGalazo**<br>**www.instagram.com/drinkgalazo** | $0.00 | | Unknown |
|---|---|---|---|---|

65.   **Goodwill**

66.   **Total of Part 10.**

     Add lines 60 through 65. Copy the total to line 89.

          **$62,250.00**

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ☐ No
    ■ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                  **Current value of**
                                                  **debtor's interest**

71.   **Notes receivable**
    Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

| | | |
|---|---|---|
| **Tax Year : 2010**<br>**Federal Income Tax - Loss - ($60,487.00)** | Tax year | **$0.00** |
| **Tax Year : 2011**<br>**Federal Income Tax - Loss - ($2,164,459.00)** | Tax year | **$0.00** |
| **Tax Year : 2012**<br>**Federal Income Tax - Loss - ($2,092,767.00)** | Tax year | **$0.00** |
| **Tax Year : 2013**<br>**Federal Income Tax - Loss - ($2,481,858.00)** | Tax year | **$0.00** |

73.   **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                    $0.00

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,876.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,400.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $30,360.72 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $516,024.94 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $30,631.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $37,300.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $62,250.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $688,843.07 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $688,843.07 |

**Golazo, Inc.**
**Schedule A/B No. 41, Office Equipment, Computers**

| Description | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 13-inch MacBook Pro (2010-2012) | liquidation | $300.00 |
| 13-inch MacBook Pro (2010-2012) | liquidation | $300.00 |
| 13-inch MacBook Pro (2010-2012) | liquidation | $300.00 |
| 13-inch MacBook Pro (2010-2012) | liquidation | $300.00 |
| 13-inch MacBook Pro (2010-2012) | liquidation | $300.00 |
| 13-inch MacBook Pro (2010-2012) | liquidation | $300.00 |
| 15-in Macbook Pro (2010-2011) | liquidation | $300.00 |
| 15-in Macbook Pro (2010-2011) | liquidation | $300.00 |
| HP Envy 20 Desktop | liquidation | $400.00 |
| HP office jet 6500 | liquidation | $90.00 |
| HP Officejet Pro x576dw MFP | liquidation | $400.00 |
| Accer Apsire One | liquidation | $100.00 |
| | **Total** | **$3,390.00** |

**Golazo, Inc.**
**Schedule A/B No. 60 - Trademarks**

| Registered Trademarks | Country | Class | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Born to Score | EU | 5 | 50% of registration fee | $1,250.00 |
| Born to Score | EU | 29 | 50% of registration fee | $1,250.00 |
| Born to Score | EU | 32 | 50% of registration fee | $1,250.00 |
| Born to Score | United States | 35 | 50% of registration fee | $1,250.00 |
| Copa Golazo | Mexico | 9 | 50% of registration fee | $1,250.00 |
| Copa Golazo | Mexico | 25 | 50% of registration fee | $1,250.00 |
| Copa Golazo | Mexico | 41 | 50% of registration fee | $1,250.00 |
| Golazo | China | 30 | 50% of registration fee | $1,250.00 |
| Golazo | China | 32 | 50% of registration fee | $1,250.00 |
| Golazo | China | 9 | 50% of registration fee | $1,250.00 |
| Golazo | China | 35 | 50% of registration fee | $1,250.00 |
| Golazo | China | 33 | 50% of registration fee | $1,250.00 |
| Golazo | China | 9 | 50% of registration fee | $1,250.00 |
| Golazo | EU | 5 | 50% of registration fee | $1,250.00 |
| Golazo | EU | 29 | 50% of registration fee | $1,250.00 |
| Golazo | EU | 30 | 50% of registration fee | $1,250.00 |
| Golazo | EU | 32 | 50% of registration fee | $1,250.00 |
| Golazo | EU | 33 | 50% of registration fee | $1,250.00 |
| Golazo | EU | 9 | 50% of registration fee | $1,250.00 |
| Golazo | EU | 35 | 50% of registration fee | $1,250.00 |
| Golazo | EU | 41 | 50% of registration fee | $1,250.00 |
| Golazo | Japan | 5 | 50% of registration fee | $1,250.00 |
| Golazo | Japan | 29 | 50% of registration fee | $1,250.00 |
| Golazo | Japan | 30 | 50% of registration fee | $1,250.00 |
| Golazo | Japan | 32 | 50% of registration fee | $1,250.00 |
| Golazo | Japan | 9 | 50% of registration fee | $1,250.00 |
| Golazo | Mexico (Agreement to co-exist) | 30 | 50% of agreement fee | $6,000.00 |
| Golazo | Mexico | 41 | 50% of registration fee | $1,250.00 |
| Golazo | S Korea | 32 | 50% of registration fee | $1,250.00 |
| Golazo | S Korea | 25 | 50% of registration fee | $1,250.00 |
| Golazo | S Korea | 32 | 50% of registration fee | $1,250.00 |
| Golazo | United States | 25 | 50% of registration fee | $1,250.00 |
| Golazo | United States | 30 | 50% of registration fee | $1,250.00 |
| Golazo | United States | 5 | 50% of registration fee | $1,250.00 |
| Golazo | United States | 32 | 50% of registration fee | $1,250.00 |
| Golazo Born to Score | EU | 9 | 50% of registration fee | $1,250.00 |
| Golazo Born to Score | EU | 32 | 50% of registration fee | $1,250.00 |
| Golazo Born to Score | EU | 35 | 50% of registration fee | $1,250.00 |
| Golazo Born to Score | EU | 41 | 50% of registration fee | $1,250.00 |
| Golazo Born to Score | EU | 32 | 50% of registration fee | $1,250.00 |
| Golazo Born to Score | United States | 32 | 50% of registration fee | $1,250.00 |
| Hydrate Your Body. Energize Your Feet | United States | 32 | 50% of registration fee | $1,250.00 |

**Golazo, Inc.**
**Schedule A/B No. 60 - Trademarks**

| Registered Trademarks | Country | Class | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| We Fuel Futbol | EU | 32 | 50% of registration fee | $1,250.00 |
| We Fuel Futbol | EU | 35 | 50% of registration fee | $1,250.00 |
| We Fuel Futbol | EU | 41 | 50% of registration fee | $1,250.00 |
| We Fuel Futbol | United States | 32 | 50% of registration fee | $1,250.00 |
| | | | **Total** | **$62,250.00** |

**Golazo, Inc.**
**Schedule A/B No. 39, Office Furniture**

| Description | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| Leather Couch (three seater) | 50% of retail price | $300.00 |
| Leather Couch (two seater) | 50% of retail price | $290.00 |
| Red Coffee Table | 50% of retail price | $15.00 |
| Red Side Table | 50% of retail price | $7.50 |
| 2 White Side Tables | 50% of retail price | $15.00 |
| Red Book Case | 50% of retail price | $15.00 |
| Folding Office Chairs (8) | 50% of retail price | $80.00 |
| Fusball table | 50% of retail price | $275.00 |
| 2 x Insignia 46 inch TV | 50% of retail price | $350.00 |
| X Box 1 | 50% of retail price | $175.00 |
| Samsung blu ray player | 50% of retail price | $102.00 |
| Sanyo Microwave | 50% of retail price | $50.00 |
| Barista Coffee Maker | 50% of retail price | $25.00 |
| Frigidaire Refrigerator | 50% of retail price | $85.00 |
| kitchen storage shelf | 50% of retail price | $15.00 |
| desks | n/a | $0.00 |
| 3 Cloth Office Chairs | 50% of retail price | $135.00 |
| metal storage rack | 50% of retail price | $20.00 |
| 2 sterilite plastic storage | 50% of retail price | $17.50 |
| 2 three drawer file cabiinet | 50% of retail price | $48.00 |
| Fellowes Shredder | 50% of retail price | $37.50 |
| Scotch Laminator | 50% of retail price | $22.50 |
| HP office jet 6500 | 50% of retail price | $90.00 |
| HP Officejet Pro x576dw MFP | 50% of retail price | $400.00 |
| X-acto Paper Trimmer | 50% of retail price | $40.00 |
| A frame Whiteboard | 50% of retail price | $50.00 |
| 2 xwhite board | 50% of retail price | $50.00 |
| round meeting table | 50% of retail price | $80.00 |
| 2 bionairre heaters | 50% of retail price | $80.00 |
| ion portable speaker | 50% of retail price | $60.00 |
| altec lansing computer speakers | 50% of retail price | $30.00 |
| Beverage Air LV12 -1 - B  commercial refrigerator | 50% of retail price | $800.00 |
| Fridgidaire Fridge | 50% of retail price | $200.00 |
| three  drawer filing cabinet | 50% of retail price | $100.00 |
| HP Color Laserjet CM2320nf | 50% of retail price | $500.00 |
| Toshiba 19inch computer screen | 50% of retail price | $35.00 |
| 6 bar stools | 50% of retail price | $180.00 |
| HP 6210xi Printer | 50% of retail price | $70.00 |
| Folding plastic tables | 50% of retail price | $25.00 |
| 4 rubermaid 150 gallon tanks | 50% of retail price | $600.00 |
| Eckhart Portable Soccer Field | 50% of retail price | $18,000.00 |

**Golazo, Inc.**
**Schedule A/B No. 39, Office Furniture**

| Description | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 3 ten gallon rubbermaid watercoolers | 50% of retail price | $66.00 |
| 3 Iowa Rotocast Plastics Sampling Tubs | n/a | $0.00 |
| 3 IDW G5c Counter Fridges (2 working) | 50% of retail price | $600.00 |
| 5 assoted igloo coolers | 50% of retail price | $80.00 |
| 2 sampling tents | 50% of retail price | $1,200.00 |
| 2 bazooka goal (portable soccer goals) | 50% of retail price | $100.00 |
| photographic lighting stands and weights | 50% of retail price | $50.00 |
| 5 portable coolers | 50% of retail price | $100.00 |
| Infocus IN37 Projector | 50% of retail price | $300.00 |
| TV Tradeshow stand | 50% of retail price | $125.00 |
| 3 pieces of large format art | 50% of retail price | $300.00 |
| 11 door desks | 50% of retail price | $550.00 |
| 11 Folding plastic tables | 50% of retail price | $300.00 |
| | **Total** | **$27,241.00** |

Debtor name __**Golazo, Inc.**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF WASHINGTON__

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**  **Ford Motor Credit**
Creditor's Name

**PO Box 552679**
**Detroit, MI 48255**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**7/31/2012**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2011 Ford E350; VIN 1FTSS3EL6BDA84960**

Describe the lien
**Security interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **$9,990.13** | **$12,000.00** |
|---|---|

**2.2**  **Ford Motor Credit**
Creditor's Name

**PO Box 552679**
**Detroit, MI 48255**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**2013**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**2012 Ford Transit; VIN NM0LS7AN0CT125137**

Describe the lien
**Security interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

| $13,777.16 | $12,000.00 |
|---|---|

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor  **Golazo, Inc.** _____  Case number (if know) _____

   Name

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     | $23,767.29 |

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| -NONE- | Line | |

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

## Fill in this information to identify the case:

Debtor name **Golazo, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**

Priority creditor's name and mailing address

**CA Franchise Tax Board**
**PO Box 942857**
**Sacramento, CA 94257**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **Unknown**     $ **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Franchise tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (8)

**2.2**

Priority creditor's name and mailing address

**City of Seattle Business**
**   License Tax Cert. Renewal**
**PO Box 34904**
**Seattle, WA 98124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **110.00**     $ **110.00**

Date or dates debt was incurred

Basis for the claim:
**Tax certificate**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    27718                    Best Case Bankruptcy

Debtor   **Golazo, Inc.**
Name

Case number (if known) _____

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (8)

---

| 2.3 | | | | |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

**Delaware Franchise Tax**
**DE Division of Corps.**
**401 Federal SR #4**
**Dover, DE 19901**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00     $ 0.00

Date or dates debt was incurred

**Basis for the claim:**
**Notice only**

Last 4 digits of account
number

**Is the claim subject to offset?**
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (8)

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

---

| 3.1 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Adrian F. Hanauer**
**159 S Jackson Street #200**
**Seattle, WA 98104**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:    Notice only**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.2 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Albertsons**
**PO Box 20**
**Boise, ID 83726**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:    Ad Fee and/or Price Promotion**
**Agreement**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.3 | | | | $ | 0.00 |
|-----|--|--|--|---|------|

**Nonpriority creditor's name and mailing address**
**Albertsons/Safeway**
**1121 124th Ave NE**
**Bellevue, WA 98005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Ad Fee and/or Price Promotion Agreement**

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.4 | | | | $ | 0.00 |
|-----|--|--|--|---|------|

**Nonpriority creditor's name and mailing address**
**Albertsons/Safeway**
**Northwest Division Office**
**17001 NE San Rafael Street**
**Portland, OR 97230**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Ad Fee and/or Price Promotion Agreement**

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.5 | | | | $ | 0.00 |
|-----|--|--|--|---|------|

**Nonpriority creditor's name and mailing address**
**Alex Konicke**
**1505 140th Ave NE**
**Bellevue, WA 98005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Sponsorship agreement**

Date or dates debt was incurred    **2014-2015**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.6 | | | | $ | 0.00 |
|-----|--|--|--|---|------|

**Nonpriority creditor's name and mailing address**
**Alex Rosenast**
**1130 Broadway**
**Seattle, WA 98122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Notice only**

---

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** ☑ No  ☐ Yes |
| Last 4 digits of account number _____ | |

---

**3.7** | Nonpriority creditor's name and mailing address
**Amazon**
**440 Terry Ave. N**
**Seattle, WA 98109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

$ **0.00**

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** ☑ No  ☐ Yes |
| Last 4 digits of account number _____ | |

---

**3.8** | Nonpriority creditor's name and mailing address
**Andrew Graham**
**3300 Cascadia Ave. S**
**Seattle, WA 98144**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

$ **0.00**

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** ☑ No  ☐ Yes |
| Last 4 digits of account number _____ | |

---

**3.9** | Nonpriority creditor's name and mailing address
**AngelMedia Corporation**
**c/o Withers Bergman LLP**
**430 Park Avenue 10th Fl.**
**New York, NY 10022-3505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

$ **0.00**

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** ☑ No  ☐ Yes |
| Last 4 digits of account number _____ | |

---

**3.10** | Nonpriority creditor's name and mailing address
**Applied Food Science**
**8708 S Congress Ave. #B-290**
**Austin, TX 78745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **4,412.04**

**Basis for the claim:**    **Ingredient**

Date or dates debt was incurred    **8/7/15**

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.11 | | | | | $    0.00 |

**Nonpriority creditor's name and mailing address**
**Arango Garcia-Urtiaga, Placido**
**Paseo de la Castellana 280**
**4a planta Madrid 28046**
**SPAIN**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Notice only**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.12 | | | | | $    0.00 |

**Nonpriority creditor's name and mailing address**
**Ashland Shop n Kart**
**2268 Ashland Street**
**Ashland, OR 97520**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Notice only**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.13 | | | | | $    0.00 |

**Nonpriority creditor's name and mailing address**
**Assoc. Industries Mgmt. Srvcs.**
**1206 N Lincoln #200**
**Spokane, WA 99201**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Notice only**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.14 | | | | | $    0.00 |

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

---

Golazo, Inc.                                                      Case number (if known)
_____                                          _____
Name

**Baker McKenzi Abogado**
**Edificio Virreyes Pedregal 24**
**piso 12 Lomas Virreyes**
**Col. Molino del ReyMexico**
**MEXICO**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Notice only**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |

**Baker McKenzie**
**452 Fifth Ave.**
**New York, NY 10018**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Notice only**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |

**Barney J. Cohen**
**5941 Beach Dr. SW**
**Seattle, WA 98136**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Notice only**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **500.00** |

**Barons Market**
**4001 W Point Loma Blvd.**
**San Diego, CA 92110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Demo fee**

Date or dates debt was incurred    **10/28/15**

Last 4 digits of account number    _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | | |
|---|---|---|
| **3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |
| | **Biddle Group** | $ **1,500.50** |

**3.18**

**Nonpriority creditor's name and mailing address**
**Biddle Group**
**PO Box 70897**
**Seattle, WA 98127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,500.50**

Basis for the claim:   **Accounting services**

Date or dates debt was incurred   **Sept.-Dec. 2015**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

**3.19**

**Nonpriority creditor's name and mailing address**
**Brenntag**
**10747 Patterson Place**
**Santa Fe Springs, CA 90670**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **608.40**

Basis for the claim:   **Ingredient supplier**

Date or dates debt was incurred   **7/23/15**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

**3.20**

**Nonpriority creditor's name and mailing address**
**Bridgeport Distribution**
**16520 SW 72nd Ave #7**
**Portland, OR 97224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,744.85**

Basis for the claim:   **Warehousing and fulfillment**

Date or dates debt was incurred   **Nov. 2015**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

**3.21**

**Nonpriority creditor's name and mailing address**
**Bridgeport Log**
**16520 SW 72nd Ave #7**
**Portland, OR 97224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **6,861.50**

Basis for the claim:   **Warehousing and fulfillment**

| | |
|---|---|
| Date or dates debt was incurred    **8/26/15-11/23/15** | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **1,000.80**
| **Capital Associates** | *Check all that apply.*
| **2037 Birkdale Ave.** | ☐ Contingent
| **Upland, CA 91784** | ☐ Unliquidated
| | ☐ Disputed
| | **Basis for the claim:**    **Sales broker fee Amazon**

| | |
|---|---|
| Date or dates debt was incurred    **8/1/15-12/3/15** | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **2,387.50**
| **Capt. Drake** | *Check all that apply.*
| **601 Carlson Parkway #400** | ☐ Contingent
| **Minnetonka, MN 55305** | ☐ Unliquidated
| | ☐ Disputed
| | **Basis for the claim:**    **Ingredient supplier**

| | |
|---|---|
| Date or dates debt was incurred    **8/18/15** | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00**
| **Carlos Herrera** | *Check all that apply.*
| **4035 Black Lake Blvd.** | ☐ Contingent
| **Olympia, WA 98512** | ☐ Unliquidated
| | ☐ Disputed
| | **Basis for the claim:**    **Notice only**

| | |
|---|---|
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **1,025.00**
| **CH Robinson** | *Check all that apply.*
| **17200 SE Mill Plain Blvd. #200** | ☐ Contingent
| **Vancouver, WA 98683** | ☐ Unliquidated
| | ☐ Disputed

| Debtor | Golazo, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**Basis for the claim:** Freight carrier

| Date or dates debt was incurred | Nov. 2015 |
|---|---|

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____

---

| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Chelle Hammer**<br>**1534 1st Ave. S #200**<br>**Seattle, WA 98134** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 425.00 |
|---|---|---|---|

**Basis for the claim:** Marketing services

| Date or dates debt was incurred | 7/21/15 |
|---|---|

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____

---

| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Comcast**<br>**1701 JFK Blvd.**<br>**Philadelphia, PA 19103** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 0.00 |
|---|---|---|---|

**Basis for the claim:** Notice only

| Date or dates debt was incurred | |
|---|---|

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____

---

| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Corporation Service Co.**<br>**2711 Centerville RD #400**<br>**Wilmington, DE 19808** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 544.32 |
|---|---|---|---|

**Basis for the claim:** Franchise registration agent

| Date or dates debt was incurred | 2/9/15-9/8/15 |
|---|---|

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 3,910.00 |
|---|---|---|---|

| | | |
|---|---|---|
| **Costanera Creative LLC**<br>**1201 1st Ave. S #304**<br>**Seattle, WA 98134** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** **Creative services** | |
| Date or dates debt was incurred **Nov. 2015** | **Is the claim subject to offset?** | |
| Last 4 digits of account number | ■ No<br>☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Crystal Springs**<br>**6750 Discovery Blvd.**<br>**Mableton, GA 30126** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **114.76** |
|---|---|---|---|
| | | **Basis for the claim:** **Water service** | |
| | Date or dates debt was incurred **6/3/15-11/18/15** | **Is the claim subject to offset?** | |
| | Last 4 digits of account number | ■ No<br>☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Curtis S. Names**<br>**917 Bryant PL**<br>**Ojai, CA 93023** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **0.00** |
|---|---|---|---|
| | | **Basis for the claim:** **Notice only** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number | ■ No<br>☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Darsenio Eric Hunter**<br>**133 Pontius Ave N #208**<br>**Seattle, WA 98109** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **0.00** |
|---|---|---|---|
| | | **Basis for the claim:** **Sponsorship agreement** | |
| | Date or dates debt was incurred **2014-2015** | **Is the claim subject to offset?** | |
| | Last 4 digits of account number | ■ No<br>☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 0.00 |

**DeAndre Yedlins**
**James Grant Sports Ltd.**
**9000 Sunset Blvd. #1000**
**West Hollywood, CA 90069**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Sponsorship agreement**

Date or dates debt was incurred    **2014-2015**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 17,860.00 |

**DeHaan CPAs**
**220 W Mercert Street**
**Seattle, WA 98119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Accounting services-tax preparation**

Date or dates debt was incurred    **10/21/14**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 0.00 |

**Dexter Guiang**
**924 N 74th Street**
**Seattle, WA 98103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Sponsorship agreement**

Date or dates debt was incurred    **2014-2015**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 24.94 |

**DHL**
**1210 S Pine Island RD 4th Fl.**
**Plantation, FL 33324**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Services**

Date or dates debt was incurred  **8/25/14**

Last 4 digits of account number  _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **923.45** |

**Diamond Line Trucking**
PO Box 938
Meridian, ID 83680

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Freight carrier**

Date or dates debt was incurred  **9/10/15-11/18/15**

Last 4 digits of account number  _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **73.00** |

**Diamond Parking**
605 1st Ave. #600
Seattle, WA 98104

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Date or dates debt was incurred  **10/8/14**

Last 4 digits of account number  _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |

**DPI Specialty Foods**
601 Rockefeller Ave.
Ontario, CA 91761

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |

**Duo-PR**
4743 Ballard Ave. NW #300
Seattle, WA 98107

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Notice only**

Date or dates debt was incurred _____   Is the claim subject to offset?

Last 4 digits of account number _____   ■ No
                                             ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **177.05** |

**EK Beverage**
**22145 68th Ave. S**
**Kent, WA 98032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Price promotion distributor**

Date or dates debt was incurred **8/31/15-9/30/15**   Is the claim subject to offset?

Last 4 digits of account number _____   ■ No
                                             ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **14.63** |

**Fed Ex**
**3610 Hacks Cross Road**
**Memphis, TN 38125**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services**

Date or dates debt was incurred **1/15/15**   Is the claim subject to offset?

Last 4 digits of account number _____   ■ No
                                             ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |

**Flavio Labiano**
**10960 Wilshire Blvd. #2200**
**Los Angeles, CA 90024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Notice only**

Date or dates debt was incurred _____   Is the claim subject to offset?

Last 4 digits of account number _____   ■ No
                                             ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |

| Debtor | Golazo, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Food Guys
30470 SW Parkway Ave.
Wilsonville, OR 97070

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice only**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.45 | | | $ 0.00 |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**Fred Meyer-Kroger**
**3800 SE 22nd Ave.**
**Portland, OR 97202**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Ad Fee and/or Price Promotion Agreement**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.46 | | | $ 0.00 |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**GNT**
**203 Redwood Shores PKWY**
**Redwood City, CA 94065**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice only**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.47 | | | $ 0.00 |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**Good To Go**
**4554 9th Ave. NE #100**
**Seattle, WA 98105**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice only**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|---|

**Grocery Outlet Inc.**
**2000 5th Street**
**Berkeley, CA 94710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Notice only**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|---|

**Haggen Food & Pharmacy**
**2211 Rimland DR #300**
**Bellingham, WA 98226**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Ad Fee and/or Price Promotion Agreement**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|---|

**Haney Truck Line**
**PO Box 29**
**Yakima, WA 98907**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Notice only**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 2,355.44 |
|---|---|---|---|

**Harlow HRK**
**2501 Neff RD**
**Dayton, OH 45414**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Sale broker fee-Kroger**

Date or dates debt was incurred    **1/30/15-10/30/15**

Is the claim subject to offset?

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $    **0.00** |

**Harlow HRK Sales & Mktg. Inc.**
**300 Dave Cowens DR #900**
**Newport, KY 41071**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $    **218.65** |

**Harten Corp.**
**1055 Parsippany Blvd. #302**
**Parsippany, NJ 07054**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Ingrient supplier**

Date or dates debt was incurred    **3/13/15**

Is the claim subject to offset?

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $    **0.00** |

**Herrera Environmental**
**Consultants Inc Pension Plan**
**4034 Black Lake Blvd.**
**Olympia, WA 98512**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $    **0.00** |

**Inigo Vallejo-Nagera**
**Calle Odonnell 15-7**
**Izquierda Madrid 28009**
**SPAIN**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Notice only**

Date or dates debt was incurred                          Is the claim subject to offset?

Last 4 digits of account number                          ■ No
                                                         ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|------|--|--|--|

**Jamie Cheever**
**3624 Whitman Ave N Unit 1**
**Seattle, WA 98103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Sponsorship agreement**

Date or dates debt was incurred    **2014-2015**      Is the claim subject to offset?

Last 4 digits of account number                          ■ No
                                                         ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|------|--|--|--|

**Jess Fishlock**
**2 Crissane Rd**
**Bundoor Victoria**
**3083 Melbourne**
**AUSTRALIA**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Notice only**

Date or dates debt was incurred                          Is the claim subject to offset?

Last 4 digits of account number                          ■ No
                                                         ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|------|--|--|--|

**Jimbos...Naturally!**
**12853 El Camino Real**
**San Diego, CA 92130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Ad Fee and/or Price Promotion Agreement**

Date or dates debt was incurred                          Is the claim subject to offset?

Last 4 digits of account number                          ■ No
                                                         ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|------|--|--|--|

Name

**John W. Meisenbach**
**1325 4th Ave. #2100**
**Seattle, WA 98101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Notice only**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**Jorge Perea**
**2837 Hermosa S.**
**Las Vegas, NV 89169**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Notice only**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **64.00** |
|---|---|---|---|

**JungleDisk.com**
**1 Fanatical PL**
**San Antonio, TX 78218**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Cloud storage**

Date or dates debt was incurred   **Dec. 2015**

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**Kaylyn Kyle**
**670 Whiteswan Dr.**
**Saskatoon, SK S7K 8A3**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Notice only**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| | |
|---|---|
| 3.63 | |

**Nonpriority creditor's name and mailing address**
**KeHE Distributors**
**12740 Gran Bay PKWY #2200**
**Jacksonville, FL 32258**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Notice only**

$    **0.00**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 3.64 | |

**Nonpriority creditor's name and mailing address**
**Keith Robbins**
**2585 Magnolia Blvd. W**
**Seattle, WA 98199**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Notice only**

$    **0.00**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 3.65 | |

**Nonpriority creditor's name and mailing address**
**Kroger**
**1014 Vine Street**
**Cincinnati, OH 45202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Notice only**

$    **0.00**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 3.66 | |

**Nonpriority creditor's name and mailing address**
**Lamar Neagle**
**5522 Elaine Ave. SE**
**Auburn, WA 98092**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Sponsorship agreement**

$    **2,000.00**

| | |
|---|---|
| Date or dates debt was incurred    **11/16/15** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number    _____ | ☐ Yes |

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**Lambs IGA**
**12675 NW Cornell RD**
**Portland, OR 97229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Ad Fee and/or Price Promotion Agreement**

| | |
|---|---|
| Date or dates debt was incurred    _____ | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number    _____ | ☐ Yes |

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**Lazy Acres Market**
**302 Meigs RD**
**Santa Barbara, CA 93109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Notice only**

| | |
|---|---|
| Date or dates debt was incurred    _____ | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number    _____ | ☐ Yes |

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,817.14** |
|---|---|---|---|

**Liberty Mutual**
**5612 Lk Wash. Blvd. NE #100c**
**Kirkland, WA 98033**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Business insurance**

| | |
|---|---|
| Date or dates debt was incurred    **Dec. 2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number    _____ | ☐ Yes |

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **790.00** |
|---|---|---|---|

**Lino Beraldi, Belluzzo**
**Rua Gomes De Carvalho, 1666**
**18º Andar cep 04547-006**
**São Paulo - SP - Brasil**
**BRASIL**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Fees**

Date or dates debt was incurred **9/15/14**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

| 3.71 | Nonpriority creditor's name and mailing address | | $ | 1,388.00 |

**MacTechs**
**2121 1st Ave. #103**
**Seattle, WA 98121**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **IT support**

Date or dates debt was incurred **2/9/15-12/3/15**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

| 3.72 | Nonpriority creditor's name and mailing address | | $ | 0.00 |

**Mallori Smith**
**2701 121st Court NE**
**Lake Stevens, WA 98258**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice only**

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

| 3.73 | Nonpriority creditor's name and mailing address | | $ | 0.00 |

**Mark Burton**
**7038 25th Ave NE Apt. C**
**Seattle, WA 98113**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Sponsorship agreement**

Date or dates debt was incurred **2014-2015**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|---|

**Market Center-Unified Grocers**
**3301 S Norfolk Street**
**Seattle, WA 98118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|---|

**Market of Choice**
**2862 Willamette Street #B**
**Eugene, OR 97405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|---|

**Matt Moses**
**18651 NE 55th Way**
**Redmond, WA 98052**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 868.59 |
|---|---|---|---|

**Media Techs**
**2502 Canterbury E #112**
**Seattle, WA 98112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Printing**

Date or dates debt was incurred   **9/21/15-12/2/15**

Last 4 digits of account number   _____

Is the claim subject to offset?

☑ No

☐ Yes

---

| 3.78 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Metropolitan Market Stores**
**4025 Delridge Way SW #210**
**Seattle, WA 98106**

As of the petition filing date, the claim is:        $   **0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Ad Fee and/or Price Promotion Agreement**

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?

☑ No

☐ Yes

---

| 3.79 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mike Brown**
**4534 Bagley Ave. N**
**Seattle, WA 98103**

As of the petition filing date, the claim is:        $   **0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Notice only**

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?

☑ No

☐ Yes

---

| 3.80 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mindbogl Design**
**11711-A Greenwood Ave. N**
**Seattle, WA 98133**

As of the petition filing date, the claim is:        $   **0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Notice only**

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?

☑ No

☐ Yes

---

| 3.81 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Mothers Market**
**100 Kalmus DR**
**Costa Mesa, CA 92626**

As of the petition filing date, the claim is:        $   **0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Basis for the claim:    **Notice only**
_____

| | |
|---|---|
| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

Is the claim subject to offset?

☑ No

☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **940.00** |
|---|---|---|---|

**National Food Lab**
**365 N Canyons PKWY #201**
**Livermore, CA 94551**

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **QA product testing**
_____

| | |
|---|---|
| Date or dates debt was incurred | **8/6/15** |
| Last 4 digits of account number | _____ |

Is the claim subject to offset?

☑ No

☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**Natures Best**
**PO Box 2248**
**Brea, CA 92822**

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Notice only**
_____

| | |
|---|---|
| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

Is the claim subject to offset?

☑ No

☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **128.00** |
|---|---|---|---|

**New Leaf Marketing**
**1101 Pacific Ave. #333**
**Santa Cruz, CA 95060**

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Retailer ad fees**
_____

| | |
|---|---|
| Date or dates debt was incurred | **10/31/15** |
| Last 4 digits of account number | _____ |

Is the claim subject to offset?

☑ No

☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **2,135.60** |
|---|---|---|---|

**New Seasons Markets**
**2004 N Vancouver Ave.**
**Portland, OR 97227**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Retailer ad fees**
_____

Date or dates debt was incurred   **12/5/14-10/12/15**

Is the claim subject to offset?

■ No

Last 4 digits of account number   _____

☐ Yes

---

| 3.86 | | | $ | **0.00** |

**Nonpriority creditor's name and mailing address**
**NocheNochi LLC**
**316 Occidental Ave. S #400**
**Seattle, WA 98104**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Notice only**
_____

Date or dates debt was incurred   _____

Is the claim subject to offset?

■ No

Last 4 digits of account number   _____

☐ Yes

---

| 3.87 | | | $ | **0.00** |

**Nonpriority creditor's name and mailing address**
**Northgate Markets**
**1201 N Magnolia Ave.**
**Anaheim, CA 92801**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Notice only**
_____

Date or dates debt was incurred   _____

Is the claim subject to offset?

■ No

Last 4 digits of account number   _____

☐ Yes

---

| 3.88 | | | $ | **0.00** |

**Nonpriority creditor's name and mailing address**
**Nuggest Market Inc.**
**168 Court Street**
**Woodland, CA 95695**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Notice only**
_____

Date or dates debt was incurred   _____

Is the claim subject to offset?

■ No

Last 4 digits of account number   _____

☐ Yes

---

**3.89**

Nonpriority creditor's name and mailing address
**Olympic Eagle Distributing**
**1101 N Levee RD**
**Puyallup, WA 98371**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 800.00

Basis for the claim:  **Price promotion agreement**

Date or dates debt was incurred **11/30/15**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

**3.90**

Nonpriority creditor's name and mailing address
**Pacific NW Insurance**
**5612 Lk Wash. Blvd. NE #100c**
**Kirkland, WA 98033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,786.00

Basis for the claim:  **Business insurance**

Date or dates debt was incurred **7/6/15**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

**3.91**

Nonpriority creditor's name and mailing address
**Patrick H. Engelhart**
**174 Irvine Ave. Apt. 1R**
**Brooklyn, NY 11237**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim:  **Notice only**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

**3.92**

Nonpriority creditor's name and mailing address
**PCC Markets**
**4201 Roosevelt Way NE**
**Seattle, WA 98105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,551.91

Basis for the claim:  **Retailer ad fees**

| | Date or dates debt was incurred | **12/10/14-10/21/1 5** | Is the claim subject to offset? | | |
|---|---|---|---|---|---|
| | | | ■ No | | |
| | Last 4 digits of account number | | ☐ Yes | | |

---

| 3.93 | Nonpriority creditor's name and mailing address **Peachtree Commodities** **3295 River Exchange DR #110** **Norcross, GA 30092** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **0.00** |
|---|---|---|---|

Basis for the claim:    **Notice only**

| | Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|---|
| | | | ■ No |
| | Last 4 digits of account number | | ☐ Yes |

---

| 3.94 | Nonpriority creditor's name and mailing address **Perkins Coie** **1201 3rd Ave. #4900** **Seattle, WA 98101** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **109,213.43** |
|---|---|---|---|

Basis for the claim:    **Legal services**

| | Date or dates debt was incurred | **1/31/14-11/25/15** | Is the claim subject to offset? |
|---|---|---|---|
| | | | ■ No |
| | Last 4 digits of account number | | ☐ Yes |

---

| 3.95 | Nonpriority creditor's name and mailing address **Personal Touch Demos** **24903 SE 41st DR** **Issaquah, WA 98029** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **917.23** |
|---|---|---|---|

Basis for the claim:    **Services**

| | Date or dates debt was incurred | **8/30/15-10/15/15** | Is the claim subject to offset? |
|---|---|---|---|
| | | | ■ No |
| | Last 4 digits of account number | | ☐ Yes |

---

| 3.96 | Nonpriority creditor's name and mailing address **Plaza Bank** **520 Pike Street #2750** **Seattle, WA 98101** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **0.00** |
|---|---|---|---|

---

**Basis for the claim:**    **Notice only**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

   ■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.97 | |
|------|---|

**Nonpriority creditor's name and mailing address**
**Portland Bottling Co.**
**1321 NE Couch Street**
**Portland, OR 97232**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **7,362.26**

**Basis for the claim:**    **Production-warehousing**

Date or dates debt was incurred    **9/25/15-11/30/15**    **Is the claim subject to offset?**

   ■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.98 | |
|------|---|

**Nonpriority creditor's name and mailing address**
**Portland Timbers/**
 **/Peregrine Sports**
**1844 SW Morrison**
**Portland, OR 97205**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **2,600.00**

**Basis for the claim:**    **Sponsorship agreement**

Date or dates debt was incurred    **10/30/14**    **Is the claim subject to offset?**

   ■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.99 | |
|------|---|

**Nonpriority creditor's name and mailing address**
**Presence Marketing**
**12 Executive Court S**
**Barrington, IL 60010**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **10,000.00**

**Basis for the claim:**    **Sale broker fee natural channel**

Date or dates debt was incurred    **Sept.-Dec. 2015**    **Is the claim subject to offset?**

   ■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.10 0 | |
|------|---|

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

$    **699.74**

---

| Debtor | **Golazo, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**Prismatic**
**5518 157th DR NE**
**Redmond, WA 98052**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Web IT support**

Date or dates debt was incurred    **10/22/15**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.10 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|
| | **Public Storage #23115**<br>**1621 NE 71st Ave.**<br>**Portland, OR 97213** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

**Basis for the claim:** **Notice only**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.10 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|
| | **QFC-Kroger**<br>**10116 NE 8th Street**<br>**Bellevue, WA 98004** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

**Basis for the claim:** **Ad Fee and/or Price Promotion Agreement**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.10 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **154.00** |
|---|---|---|---|
| | **Rackspace**<br>**1 Fanatical Place**<br>**City of Westcrest**<br>**San Antonio, TX 78218** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

**Basis for the claim:** **Email hosting**

Date or dates debt was incurred    **Dec. 2015**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.10 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 3,772.20 |
|---|---|---|---|

**Radix**
**PO Box 15266**
**Portland, OR 97293**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Account services

Date or dates debt was incurred    **11/30/15**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.10 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|---|

**Richard J. Tait**
**6969 NE Day Road W**
**Bainbridge Island, WA 98110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.10 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|---|

**Rousars Huckleberrys Market**
**1815 W Garland Ave.**
**Spokane, WA 99205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Ad Fee and/or Price Promotion Agreement

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.10 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|---|

**S.E.A. Enterprises Inc.**
**24445 SE 46th PL**
**Issaquah, WA 98029**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only

Case 15-17475-CMA    Doc 1    Filed 12/28/15    Ent. 12/28/15 14:04:07    Pg. 52 of 101

| Date or dates debt was incurred | | Is the claim subject to offset? |
| Last 4 digits of account number | | ■ No |
| | | ☐ Yes |

---

| 3.10 8 | **Nonpriority creditor's name and mailing address** <br> **Santa Mara Riviera** <br> **700 E Denny Way Unit 306** <br> **Seattle, WA 98122** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $ **0.00** |

Basis for the claim: **Notice only**

| Date or dates debt was incurred | | Is the claim subject to offset? |
| Last 4 digits of account number | | ■ No |
| | | ☐ Yes |

---

| 3.10 9 | **Nonpriority creditor's name and mailing address** <br> **Sport Licensing Internat'l BV** <br> **The Bell, B23** <br> **370 Sarphatistraat.** <br> **Amersterdam  1018 GW** <br> **THE NETHERLANDS** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $ **0.00** |

Basis for the claim: **Sponsorship agreement**

| Date or dates debt was incurred | **2014-2015** | Is the claim subject to offset? |
| Last 4 digits of account number | | ■ No |
| | | ☐ Yes |

---

| 3.11 0 | **Nonpriority creditor's name and mailing address** <br> **Steve Ross** <br><br> **Portland, OR 97202** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $ **0.00** |

Basis for the claim: **Sponsorship agreement**

| Date or dates debt was incurred | **2014-2015** | Is the claim subject to offset? |
| Last 4 digits of account number | | ■ No |
| | | ☐ Yes |

---

| 3.11 1 | **Nonpriority creditor's name and mailing address** <br> **Sunrype** <br> **1 Railroad Ave. S** <br> **Selah, WA 98942** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $ **0.00** |

Basis for the claim: **Notice only**
_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.11 2 | Nonpriority creditor's name and mailing address |
|---|---|

**Taft-Gantz Trust**
**1916 Pike Place #550**
**Seattle, WA 98101**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice only**
_____

$ **0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.11 3 | Nonpriority creditor's name and mailing address |
|---|---|

**Tether**
**318 Occidental Ave. S Fl. 4**
**Seattle, WA 98104**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Creative services**
_____

$ **13,524.50**

Date or dates debt was incurred **May-Dec. 2015**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.11 4 | Nonpriority creditor's name and mailing address |
|---|---|

**The deMooing Group**
**204 W Hillcrest Blvd.**
**Monrovia, CA 91016**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice only**
_____

$ **0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.11 5 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:

$ **0.00**

---

**The Roth Family Trust**
**10880 Wilshire Blvd. #2100**
**Los Angeles, CA 90024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.11 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 1,000.00 |
|---|---|---|---|---|

**Tim Sperry Consulting**
**PO Box 812786**
**Wellesley, MA 02482**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Sales consulting Whole Foods**

Date or dates debt was incurred    **11/1/15**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.11 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 0.00 |
|---|---|---|---|---|

**Todd Olsen**
**2506 Laurents PL N**
**Seattle, WA 98109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.11 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 0.00 |
|---|---|---|---|---|

**Topher Davis**
**3724 SE 40th Ave Apt C**
**Portland, OR 97202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Sponsorship agreement**

Date or dates debt was incurred    **2014-2015**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.119**

Nonpriority creditor's name and mailing address
**Town & Country**
**19302 Powder Hill PL NE #103**
**Poulsbo, WA 98370**

$ **0.00**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice only**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.120**

Nonpriority creditor's name and mailing address
**Travis Dahl**
**1614 184th Ave. NE**
**Bellevue, WA 98008**

$ **0.00**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice only**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.121**

Nonpriority creditor's name and mailing address
**Trustee Planned Services**
**PO Box 2990**
**Tacoma, WA 98401**

$ **0.00**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice only**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.122**

Nonpriority creditor's name and mailing address
**Uline Office Supplies**
**PO Box 88741**
**Chicago, IL 60680**

$ **942.72**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping supplies**

_____
Name

Date or dates debt was incurred    **9/30/15-12/1/15**

Last 4 digits of account number    _____

Is the claim subject to offset?

■ No

☐ Yes

---

3.12
3

**Nonpriority creditor's name and mailing address**

**UNFI**
**313 Iron Horse Way**
**Providence, RI 02908**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Notice only**

$    0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?

■ No

☐ Yes

---

3.12
4

**Nonpriority creditor's name and mailing address**

**UNFI**
**1101 Sunset Blvd.**
**Rocklin, CA 95765**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Notice only**

$    0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?

■ No

☐ Yes

---

3.12
5

**Nonpriority creditor's name and mailing address**

**Unified Grocers, Inc.**
**5200 Sheila Street**
**Commerce, CA 90040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Notice only**

$    0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?

■ No

☐ Yes

---

3.12
6

**Nonpriority creditor's name and mailing address**

**UPS World Headquarters**
**55 Glen Lake PKWY NE**
**Atlanta, GA 30328**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    0.00

---

| Debtor | **Golazo, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

Basis for the claim: **Notice only**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.12 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|
| | **VN Graphics**<br>**14640 NE 91st Street**<br>**Redmond, WA 98052** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Basis for the claim: **Notice only**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.12 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **12,697.57** |
|---|---|---|---|
| | **Washington Trust Bank**<br>**PO Box 2127**<br>**Spokane, WA 99210** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Basis for the claim: **Credit card**

Date or dates debt was incurred **11/12/15**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.12 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **744.52** |
|---|---|---|---|
| | **Whole Foods Market**<br>**Headquarters 550 Bowie Street**<br>**Austin, TX 78703** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Basis for the claim: **Demo services**

Date or dates debt was incurred **10/4/15**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.13 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

---

| Debtor | Golazo, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Whole Foods Market NoCAL**
**5980 Horton Street #200**
**Emeryville, CA 94608**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Ad Fee and/or Price Promotion Agreement**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.13 1 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Whole Foods Market PNW**
**15 Lake Bellevue DR #100**
**Bellevue, WA 98005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Ad Fee and/or Price Promotion Agreement**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No
☐ Yes

$ **0.00**

---

| 3.13 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Whole Foods Market SoPac**
**207 Goode Ave. Fl. 7**
**Glendale, CA 91203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Ad Fee and/or Price Promotion Agreement**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No
☐ Yes

$ **0.00**

---

| 3.13 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**WILD Flavors and Specialty**
 **Ingredients**
**1261 Pacific Ave.**
**Erlanger, KY 41018**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Ingredient supplier**

$ **8,944.25**

---

Date or dates debt was incurred    **10/31/15**

Last 4 digits of account number    _____

Is the claim subject to offset?

☑ No

☐ Yes

---

| 3.13 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**Will Johnson-Wasserman Media Group LLC**
**10960 Wilshire Blvd. #2200**
**Los Angeles, CA 90024**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Sponsorship agreement**

Date or dates debt was incurred    **2014-2015**

Last 4 digits of account number    _____

Is the claim subject to offset?

☑ No

☐ Yes

---

| 3.13 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **10,200.00** |
|---|---|---|---|

**WSA Properties II, LLC**
**90 NW Dogwood St #102**
**Issaquah, WA 98027**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Lease**

Date or dates debt was incurred    **11/1/15-12/1/15**

Last 4 digits of account number    _____

Is the claim subject to offset?

☑ No

☐ Yes

---

| 3.13 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**Yokes Fresh Market**
**3426 S University RD**
**Spokane, WA 99214**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Ad Fee and/or Price Promotion Agreement**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?

☑ No

☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Debtor | Golazo, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

<table>
<tr><td colspan="2" style="background-color:black;color:white"><strong>Part 4:</strong></td><td colspan="3"><strong>Total Amounts of the Priority and Nonpriority Unsecured Claims</strong></td></tr>
</table>

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 110.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 244,723.49 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 244,833.49 |

Fill in this information to identify the case:

Debtor name **Golazo, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** |
| State the term remaining — **through June 2016** | **Albertsons/Safeway**<br>**Northwest Division Office**<br>**17001 NE San Rafael Street**<br>**Portland, OR 97230** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Ad Fee and/or Price Promotion Agreement** |
| State the term remaining | **Albertsons/Safeway**<br>**1121 124th Ave NE**<br>**Bellevue, WA 98005** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Ad Fee and/or Price Promotion Agreement** |
| State the term remaining | **Barons Market**<br>**4001 W Point Loma Blvd**<br>**San Diego, CA 92110** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Brokerage Agreement** |
| State the term remaining | **Capital Associates**<br>**2037 Birkdale Ave.**<br>**Upland, CA 91784** |
| List the contract number of any government contract | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Internet and phone** | |
|---|---|---|---|
| | State the term remaining | **month-to-month** | **Comcast** |
| | List the contract number of any government contract | | **1701 JFK Blvd** |
| | | | **Philadelphia, PA 19103-2838** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Office bottled water** | |
|---|---|---|---|
| | State the term remaining | **month-to-month** | **Crystal Springs** |
| | List the contract number of any government contract | | **6750 Discovery Blvd** |
| | | | **Mableton, GA 30126** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Ad Fee and/or Price Promotion Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Fred Meyer** |
| | List the contract number of any government contract | | **3800 SE 22nd Ave** |
| | | | **Portland, OR 97202-2999** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Ad Fee and/or Price Promotion Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Haggen Food & Pharmacy** |
| | List the contract number of any government contract | | **2211 Rimland DR #300** |
| | | | **Bellingham, WA 98226** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Brokerage Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Harlow HRK** |
| | List the contract number of any government contract | | **2501 Neff RD** |
| | | | **Dayton, OH 45414** |

| 2.1 0. | State what the contract or lease is for and the nature of the debtor's interest | **Endorsement contract** | |
|---|---|---|---|
| | State the term remaining | **through 2016** | **Jess Fishlock** |
| | List the contract number of | | **2 Crissane Rd** |
| | | | **Bundoor Victoria** |
| | | | **3083 Melbourne** |
| | | | **AUSTRALIA** |

Case 15-17475-CMA    Doc 1    Filed 12/28/15    Ent. 12/28/15 14:04:07    Pg. 63 of 101



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| any government contract | |

| 2.1 1. | State what the contract or lease is for and the nature of the debtor's interest | **Ad Fee and/or Price Promotion Agreement** | |
| | State the term remaining | | **Jimbos...Naturally!** **12853 El Camino Real** **San Diego, CA 92130-2010** |
| | List the contract number of any government contract | | |

| 2.1 2. | State what the contract or lease is for and the nature of the debtor's interest | **Cloud storage** | |
| | State the term remaining | **ongoing** | **JungleDisk.com** **1 Fanatical Place** **San Antonio, TX 78218** |
| | List the contract number of any government contract | | |

| 2.1 3. | State what the contract or lease is for and the nature of the debtor's interest | **Endorsement contract** | |
| | State the term remaining | **through 3/2016** | **Kaylyn Kyle** **670 Whiteswan Dr.** **Saskatoon, SK S7K 8A3** **CANADA** |
| | List the contract number of any government contract | | |

| 2.1 4. | State what the contract or lease is for and the nature of the debtor's interest | **Endoresement contract** | |
| | State the term remaining | **through 2016** | **Lamar Neagle** **5522 Elaine Ave. SE** **Auburn, WA 98092** |
| | List the contract number of any government contract | | |

| 2.1 5. | State what the contract or lease is for and the nature of the debtor's interest | **Ad Fee and/or Price Promotion Agreement** | |
| | State the term remaining | | **Lambs IGA** **12675 NW Cornell RD** **Portland, OR 97229** |
| | List the contract number of any government contract | | |

| 2.1 6. | State what the contract or lease is for and the nature of the debtor's interest | **Business insurance** | **Liberty Mutual** **5612 Lake Wash. Blvd NE #100c** **Kirkland, WA 98033** |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | State the term remaining | **8/21/15-8/14/16** | |
| | List the contract number of any government contract | _____ | |

| 2.1 7. | State what the contract or lease is for and the nature of the debtor's interest | **Ad Fee and/or Price Promotion Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Metropolitan Market**<br>**4025 Delridge Way SW #210**<br>**Seattle, WA 98106** |

| 2.1 8. | State what the contract or lease is for and the nature of the debtor's interest | **Ad Fee and/or Price Promotion Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **New Leaf Market**<br>**1101 Pacific Ave Suite 333**<br>**Santa Cruz, CA 95060** |

| 2.1 9. | State what the contract or lease is for and the nature of the debtor's interest | **Ad Fee and/or Price Promotion Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **New Season Market**<br>**2004 N Vancouver Ave**<br>**Portland, OR 97227** |

| 2.2 0. | State what the contract or lease is for and the nature of the debtor's interest | **Sales and Distribution Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Olympic Eagle Distributing**<br>**1101 N Levee RD**<br>**Puyallup, WA 98371** |

| 2.2 1. | State what the contract or lease is for and the nature of the debtor's interest | **Ad Fee and/or Price Promotion Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **PCC**<br>**4201 Roosevelt Way NE**<br>**Seattle, WA 98105-6092** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2 2.** State what the contract or lease is for and the nature of the debtor's interest | **Brokerage Agreement** |
| State the term remaining | **Presence Marketing** |
| List the contract number of any government contract | **12 Executive Court S**<br>**Barrington, IL 60010** |
| **2.2 3.** State what the contract or lease is for and the nature of the debtor's interest | **Storage unit** |
| State the term remaining | **month-to-month** |
| List the contract number of any government contract | **Public Storage #23115**<br>**1621 NE 71st Ave**<br>**Portland, OR 97213-5371** |
| **2.2 4.** State what the contract or lease is for and the nature of the debtor's interest | **Ad Fee and/or Price Promotion Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **QFC**<br>**10116 NE 8th St**<br>**Bellevue, WA 98004** |
| **2.2 5.** State what the contract or lease is for and the nature of the debtor's interest | **Email host** |
| State the term remaining | **ongoing** |
| List the contract number of any government contract | **Rackspace Email and APPs**<br>**1 Fanatical Place**<br>**City of Wincrest**<br>**San Antonio, TX 78218** |
| **2.2 6.** State what the contract or lease is for and the nature of the debtor's interest | **Ad Fee and/or Price Promotion Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Rosauers Market**<br>**1815 West Garland Avenue**<br>**Spokane, WA 99205** |
| **2.2 7.** State what the contract or lease is for and the nature of the debtor's interest | **Endorsement Contract** |
| State the term remaining | **Life** |
| List the contract number of | **Sport Licensing Internat'l BV**<br>**The Bell, B23**<br>**370 Sarphatistraat.**<br>**Amersterdam  1018 GW**<br>**THE NETHERLANDS** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| any government contract | |

| | | | |
|---|---|---|---|
| 2.2 8. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** | |
| | State the term remaining | | **Tether 318 Occidental Ave. S Fl. 4 Seattle, WA 98104** |
| | List the contract number of any government contract | | |
| 2.2 9. | State what the contract or lease is for and the nature of the debtor's interest | **Benefits** | |
| | State the term remaining | **calendar year** | **Trustee Planned Services PO Box 2990 Tacoma, WA 98401** |
| | List the contract number of any government contract | | |
| 2.3 0. | State what the contract or lease is for and the nature of the debtor's interest | **Ad Fee Contract** | |
| | State the term remaining | **12 months through 8/2016** | **UNFI 313 Iron Horse Way Providence, RI 02908** |
| | List the contract number of any government contract | | |
| 2.3 1. | State what the contract or lease is for and the nature of the debtor's interest | **Ad Fee and/or Price Promotion Agreement** | |
| | State the term remaining | | **Whole Foods Market NoCAL 5980 Horton Street #200 Emeryville, CA 94608** |
| | List the contract number of any government contract | | |
| 2.3 2. | State what the contract or lease is for and the nature of the debtor's interest | **Ad Fee and/or Price Promotion Agreement** | |
| | State the term remaining | | **Whole Foods Market PNW 15 Lake Bellevue Drive #100 Bellevue, WA 98005** |
| | List the contract number of any government contract | | |
| 2.3 3. | State what the contract or lease is for and the nature of the debtor's interest | **Ad Fee and/or Price Promotion Agreement** | **Whole Foods Market SoPac 207 Goode Ave. 7th Floor Glendale, CA 91203** |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | |
|  | List the contract number of any government contract | _____ |

| 2.3 4. | State what the contract or lease is for and the nature of the debtor's interest | **Endorsement contract** | |
|  | State the term remaining | **through 3/2016** | **Will Johnson-Wasserman Media Group LLC** |
|  | List the contract number of any government contract | _____ | **10960 Wilshire Blvd. #2200** **Los Angeles, CA 90024** |

| 2.3 5. | State what the contract or lease is for and the nature of the debtor's interest | **Office space** | |
|  | State the term remaining | **month-to-month** | **WSA Properties II, LLC** |
|  | List the contract number of any government contract | _____ | **90 NW Dogwood St #102** **Issaquah, WA 98027** |

| 2.3 6. | State what the contract or lease is for and the nature of the debtor's interest | **Ad Fee and/or Price Promotion Agreement** | |
|  | State the term remaining | | **Yokes Fresh Market** |
|  | List the contract number of any government contract | _____ | **3426 S. University Rd** **Spokane, WA 99214** |

Debtor name     **Golazo, Inc.**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF WASHINGTON

Case number (if known)   _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____<br>Street<br><br>_____<br>City      State      Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | _____<br>Street<br><br>_____<br>City      State      Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____<br>Street<br><br>_____<br>City      State      Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____<br>Street<br><br>_____<br>City      State      Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor name    **Golazo, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2015** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,200,000.00** |
| **For prior year:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$1,345,375.00** |
| **For year before that:**<br>From **1/01/2013** to **12/31/2013** | ■ Operating a business<br>☐ Other _____ | **$962,712.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2015** to **Filing Date** | N/A | **$0.00** |
| **For prior year:**<br>From **1/01/2014** to **12/31/2014** | Relinquishing player franchise rights (Pete Asia) | **$100,000.00** |
| **For year before that:**<br>From **1/01/2013** to **12/31/2013** | N/A | **$0.00** |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **See Attachment** | | **$244,661.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **See Attached** | | **$124,946.07** | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Case 15-17475-CMA   Doc 1   Filed 12/28/15   Ent. 12/28/15 14:04:07   Pg. 71 of 101

■ None

---

<span style="background-color:black;color:white">**Part 4:**</span>    **Certain Gifts and Charitable Contributions**

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

<span style="background-color:black;color:white">**Part 5:**</span>    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

<span style="background-color:black;color:white">**Part 6:**</span>    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bush Strout & Kornfeld LLP**<br>**601 Union Street #5000**<br>**Seattle, WA 98101-2373** | | **12/11/2015** | **$15,000.00** |
| | **Email or website address**<br>**www.bskd.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>· | **Ron Brizitski**<br>**1921 1st Street NE**<br>**Auburn, WA 98002** | **Toyota F J 2007** | **7/3/2014** | **$15,000.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.2<br>· | **Jim Hertel**<br>**502 SW 181st Street**<br>**Seattle, WA 98166** | **Toyota F J 2011** | **6/24/2014** | **$17,000.00** |
| | Relationship to debtor<br>**None** | | | |

---

**Part 7:**    **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **714 E Pike Street**<br>**Seattle, WA 98122** | **January 2011-October 2013** |

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

       **Email addresses for email newsletter**
       **Contest winner contact information for consumer sweepstakes**
       Does the debtor have a privacy policy about that information?
       ☐ No
       ■ Yes

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|----------------------------------|-------------------------------|------------------------------------------------------|------------------------------------------|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|------------------------------------------|--------------------------------------------|------------------------------|------------------------|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|----------------------------|------------------------------------|------------------------------|------------------------|
| **Public Warehouse**<br>**1621 NE 71st Ave.**<br>**Portland, OR 97213-5371** | **Richard Tait**<br>**Mike Brown**<br>**Jorge Perea**<br>**Ashton Betts** | **Product and equipment for marketing and trade events** | ☐ No<br>■ Yes |
| **Portland Bottling Co.**<br>**1321 NE Couch Street**<br>**Portland, OR 97232** | **N/A** | **Finished goods and ingredient storage for energy inventory** | ☐ No<br>■ Yes |
| **Bridgeport Logistics**<br>**16520 SW 72nd Ave. #7**<br>**Portland, OR 97224** | **N/A** | **Finished goods inventory for distribution and fulfillment** | ☐ No<br>■ Yes |
| **Sunrype**<br>**1 Railroad Ave. S**<br>**Selah, WA 98942** | **N/A** | **HYDRATION Ingredients** | ☐ No<br>■ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25.   **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26.   **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Brian Olendorf 690 NW Datewood DR Issaquah, WA 98027-2627** | **June 2014-January 2015** |
| 26a.2. | **Nate Eisele 2716 SW Sylvan Heights DR Seattle, WA 98106** | **December 2013-March 2014** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Radix Accounting**<br>**PO Box 15266**<br>**Portland, OR 97293** | **August**<br>**2015-Present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **DeHaan CPAs**<br>**220 W Mercer Street**<br>**Seattle, WA 98119** | **December**<br>**2013-Present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.3. **Biddle Group**<br>**PO Box 70897**<br>**Seattle, WA 98127** | **December**<br>**2013-Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Radix Accounting**<br>**PO Box 15266**<br>**Portland, OR 97293** | **August 2015-Present** |
| 26c.2. **DeHaan CPAs**<br>**220 W Mercer Street**<br>**Seattle, WA 98119** | **December 2013-Present** |
| 26c.3. **Biddle Group**<br>**PO Box 70897**<br>**Seattle, WA 98127** | **December 2013-Present** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Richard Tait** | **6969 NE Day RD W**<br>**Bainbridge Island, WA 98110** | **CEO/Co-Founder/Board Member (2010-Present)** | **50.50** |

Case 15-17475-CMA    Doc 1    Filed 12/28/15    Ent. 12/28/15 14:04:07    Pg. 76 of 101

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-----------------------------------|----------------------|
| Michael Brown | 4535 Bagley Ave. N Seattle, WA 98103 | COO (2011-Present) | 2.79 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-----------------------------------|----------------------|
| Alex Rosenast | 2844 Cascadia Ave. S Seattle, WA 98144 | Co-Founder/Board Member | 16.67 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-----------------------------------|--------------------------------------------------|
| Jim Foltz | 5918 Stoneridge Mall Road Pleasanton, CA 94588 | Board Member | 2013 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|------------------------------|-----------------------------------------------------|-------|-------------------------------|
| 30.1. | Michael Brown 4534 Bagley Ave N Seattle, WA 98103 | Salary - $122,741.06 | See SOFA #4 | See Answer/Attachment to SOFA #4 |
| | **Relationship to debtor** COO | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|---------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|---------------------------------------------------------|

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 18, 2015**

**/s/ Richard Tait**                                      **Richard Tait**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Co-Founder**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

**Golazo, Inc.**
**Statement of Financial Affairs No. 3, Transfers within 90 days**

| Name | Address | Date | Amount | Reason |
|---|---|---|---|---|
| CH Robinson | 17200 SE Mill Plain Blvd, Suite 200 Vancouver, WA 98683 | 9/1/2015 | $317.40 | Freight hauler |
| CH Robinson | 17200 SE Mill Plain Blvd, Suite 200 Vancouver, WA 98683 | 9/1/2015 | $237.50 | Freight hauler |
| CH Robinson | 17200 SE Mill Plain Blvd, Suite 200 Vancouver, WA 98683 | 9/1/2015 | $237.50 | Freight hauler |
| Trustee Planned Services | P.O. Box 2990 Tacoma, WA 98401 | 9/1/2015 | $701.25 | Dental benefits |
| CH Robinson | 17200 SE Mill Plain Blvd, Suite 200 Vancouver, WA 98683 | 9/2/2015 | $501.04 | Freight hauler |
| CH Robinson | 17200 SE Mill Plain Blvd, Suite 200 Vancouver, WA 98683 | 9/2/2015 | $237.50 | Freight hauler |
| ATT | P.O. Box 6416 Carol Stream, IL 60197 | 9/8/2015 | $300.00 | Phone plan |
| Kaylyn Kyle | 670 Whiteswan Dr Saskatoon, SK, CA S7K8A3 | 9/8/2015 | $3,500.00 | Endorsed Athlete |
| Mallori Smith | 2701 121st Court NE Lake Stevens, WA 98258 | 9/8/2015 | $673.33 | Expense reimbursmet |
| Samantha Remillard | 16260 16th Ave SW Burien WA 98166 | 9/8/2015 | $274.64 | Expense reimbursmet |
| Biddle Group | P.O. Box 70897 Seattle, WA 98127 | 9/9/2015 | $1,170.00 | Accounting Services |
| Bridgeport Log | 16520 SW 72nd Ave #7 Portland, OR 97224 | 9/9/2015 | $488.00 | Fulfillment and storage |
| Bridgeport Log | 16520 SW 72nd Ave #7 Portland, OR 97224 | 9/9/2015 | $325.00 | Fulfillment and storage |
| Bridgeport Log | 16520 SW 72nd Ave #7 Portland, OR 97224 | 9/9/2015 | $537.74 | Fulfillment and storage |
| Bridgeport Log | 16520 SW 72nd Ave #7 Portland, OR 97224 | 9/9/2015 | $567.89 | Fulfillment and storage |
| Bridgeport Log | 16520 SW 72nd Ave #7 Portland, OR 97224 | 9/9/2015 | $152.35 | Fulfillment and storage |
| Bridgeport Log | 16520 SW 72nd Ave #7 Portland, OR 97224 | 9/9/2015 | $700.00 | Fulfillment and storage |
| Media Techs | 2502 Canterbury E #112 Seattle, WA 98112 | 9/10/2015 | $387.16 | Printing POS |
| Media Techs | 2502 Canterbury E #112 Seattle, WA 98112 | 9/10/2015 | $474.90 | Printing POS |
| Columbia Retail Benefits Trust (A | 1206 N. Lincoln Suite 200 Kirkland, WA 99201 | 9/14/2015 | $4,816.13 | Health benefits |
| Harlow HRK | 300 Dave Cowens Drive, Suite 900, Newport, KY 41071 | 9/14/2015 | $421.49 | Sales Broker |
| Harlow HRK | 300 Dave Cowens Drive, Suite 900, Newport, KY 41071 | 9/14/2015 | $516.91 | Sales Broker |
| Wild | 1261 Pacific Ave Erlanger, KY 41018 | 9/14/2015 | $11,302.44 | Production ingredients |
| Bridgeport Distribution | 16520 SW 72nd Ave #7 Portland, OR 97224 | 9/15/2015 | $3,515.74 | Fulfillment and storage |
| Diamond Line Trucking | P.O. Box 938 Meridian, ID 83680 | 9/16/2015 | $575.00 | Freight hauler |
| MacTechs | 2121 1st Ave Suite 103 Seattle WA 98121 | 9/16/2015 | $128.50 | IT support |
| MacTechs | 2121 1st Ave Suite 103 Seattle WA 98121 | 9/16/2015 | $90.00 | IT support |
| New Seasons Marketing | 2004 N Vancouver Ave, Portland, OR 97227 | 9/16/2015 | $1,600.00 | Retailer promotion |
| Ford Credit AN#47903069 | P.O. Box 552679 Detroit, MI 48255 | 9/17/2015 | $400.92 | Auto payments branded vehicles |
| Ford Credit AN#48752887 | P.O. Box 552679 Detroit, MI 48255 | 9/17/2015 | $409.85 | Auto payments branded vehicles |
| Haney Trck Line | P.O. Box 29 Yakima, WA 98907 | 9/17/2015 | $654.72 | Freight hauler |
| Washington Trust Bank | P.O. Box 2127 Spokane, WA 99210-2127 | 9/17/2015 | $15,904.10 | Credt card |
| Liberty Mutual | 5612 Lake Washington Blvd NE Suite 100c Kirkland, WA 98033 | 9/18/2015 | $1,435.80 | Business insurance |
| Wild | 1261 Pacific Ave Erlanger, KY 41018 | 9/18/2015 | $7,469.72 | Production ingredients |
| CH Robinson | 17200 SE Mill Plain Blvd, Suite 200 Vancouver, WA 98683 | 9/21/2015 | $267.00 | Freight hauler |
| CH Robinson | 17200 SE Mill Plain Blvd, Suite 200 Vancouver, WA 98683 | 9/21/2015 | $362.50 | Freight hauler |
| PCC | 4201 Roosevelt Way N.E. Seattle, WA 98105-6092 | 9/21/2015 | $802.45 | Retailer promotion |
| PCC | 4201 Roosevelt Way N.E. Seattle, WA 98105-6092 | 9/21/2015 | $355.11 | Retailer promotion |
| Whole Foods | 550 Bowie Street Austin, TX 78703-4644 | 9/21/2015 | $860.76 | Retailer promotion |
| DeHaan CPAs | 220 W Mercer St, Seattle, WA 98119 | 9/25/2015 | $10,098.75 | Accounting Services |
| Accutint | 2218 Airport Way S, Seattle, WA | 9/28/2015 | $711.25 | Creative services |
| Jorge Perea | 837 Hermosa S, Las Vegas, NV 89169 | 9/28/2015 | $598.70 | Expense reimbursmet |
| Jorge Perea | 837 Hermosa S, Las Vegas, NV 89169 | 9/28/2015 | $1,991.10 | Expense reimbursmet |
| Portland Bottling Co | 1321 NE Couch Street Portland, OR 97232 | 9/28/2015 | $795.00 | Production and storage |
| Portland Bottling Co | 1321 NE Couch Street Portland, OR 97232 | 9/28/2015 | $585.00 | Production and storage |
| Applied Food Science | 8708 South Congress Ave Suite B-290 Austin, TX | 9/30/2015 | $289.82 | Production ingredients |
| Matt Moses | 18651 NE 55th Way, Redmond, 98052 | 10/1/2015 | $908.26 | Expense reimbursmet |
| Trustee Planned Services | P.O. Box 2990 Tacoma, WA 98401 | 10/1/2015 | $709.25 | Dental benefits |
| Biddle Group | P.O. Box 70897 Seattle, WA 98127 | 10/5/2015 | $3,140.71 | Accounting Services |
| Ford Credit AN#48752887 | P.O. Box 552679 Detroit, MI 48255 | 10/5/2015 | $409.85 | Auto payments branded vehicles |
| New Seasons Marketing | 2004 N Vancouver Ave, Portland, OR 97227 | 10/6/2015 | $1,600.00 | Retailer promotion |
| Bridgeport Log | 16520 SW 72nd Ave #7 Portland, OR 97224 | 10/7/2015 | $225.00 | Fulfillment and storage |
| Bridgeport Log | 16520 SW 72nd Ave #7 Portland, OR 97224 | 10/7/2015 | $275.00 | Fulfillment and storage |
| Bridgeport Distribution | 16520 SW 72nd Ave #7 Portland, OR 97224 | 10/7/2015 | $3,109.70 | Fulfillment and storage |
| Bridgeport Distribution | 16520 SW 72nd Ave #7 Portland, OR 97224 | 10/7/2015 | $3,160.25 | Fulfillment and storage |
| Bridgeport Log | 16520 SW 72nd Ave #7 Portland, OR 97224 | 10/7/2015 | $152.35 | Fulfillment and storage |
| Bridgeport Log | 16520 SW 72nd Ave #7 Portland, OR 97224 | 10/7/2015 | $400.00 | Fulfillment and storage |
| Bridgeport Log | 16520 SW 72nd Ave #7 Portland, OR 97224 | 10/7/2015 | $525.00 | Fulfillment and storage |
| Haney Trck Line | P.O. Box 29 Yakima, WA 98907 | 10/7/2015 | $649.76 | Freight hauler |
| Haney Trck Line | P.O. Box 29 Yakima, WA 98907 | 10/7/2015 | $649.76 | Freight hauler |
| Presence Marketing | 12 Executive Court S Barrington, IL 60010 | 10/7/2015 | $2,500.00 | Sales Broker |
| Capt. Drake | 601 Carlson Parkway Suite 400 Minnetonka, MN 55305 | 10/9/2015 | $5,904.03 | Production ingredients |
| WSA Properties II, LLC | 90 NW Dogwood St Suite 102 Issaquah, WA 98027 | 10/9/2015 | $5,355.00 | Rent |
| CH Robinson | 17200 SE Mill Plain Blvd, Suite 200 Vancouver, WA 98683 | 10/13/2015 | $187.50 | Freight hauler |
| CH Robinson | 17200 SE Mill Plain Blvd, Suite 200 Vancouver, WA 98683 | 10/13/2015 | $306.50 | Freight hauler |
| CH Robinson | 17200 SE Mill Plain Blvd, Suite 200 Vancouver, WA 98683 | 10/13/2015 | $187.50 | Freight hauler |

2180 20151 (m16e502nr

**Golazo, Inc.**
**Statement of Financial Affairs No. 3, Transfers within 90 days**

| Name | Address | Date | Amount | Reason |
|------|---------|------|--------|--------|
| CH Robinson | 17200 SE Mill Plain Blvd, Suite 200 Vancouver, WA 98683 | 10/13/2015 | $223.20 | Freight hauler |
| Jorge Perea | 837 Hermosa S, Las Vegas, NV 89169 | 10/13/2015 | $890.06 | Expense reimbursmet |
| ORSWELL Evnets | 14641 NE 31st Street, #8C, Bellevue, Washington | 10/13/2015 | $500.00 | Event sponsorship |
| Samantha Remillard | 16260 16th Ave SW Burien WA 98166 | 10/13/2015 | $385.33 | Expense reimbursmet |
| Ford Credit AN#47903069 | P.O. Box 552679 Detroit, MI 48255 | 10/15/2015 | $400.92 | Auto payments branded vehicles |
| Georgia Pacific | 1203 Fones Road Olympia WA 98501 | 10/15/2015 | $12,932.25 | Packaging supplies |
| Hammer | 1534 1st Ave S Suite 200 Seattle, WA 98134 | 10/15/2015 | $7,964.68 | Packaging supplies |
| Prismatic | 5518 157th Dr NE Redmond, WA 98052 | 10/15/2015 | $763.40 | Web services |
| Baker McKenzie & Abogado | 452 Fifth Avenue New York, New York 10018 | 10/16/2015 | $4,869.00 | Legal |
| Bridgeport Log | 16520 SW 72nd Ave #7 Portland, OR 97224 | 10/16/2015 | $125.00 | Fulfillment and storage |
| Bridgeport Log | 16520 SW 72nd Ave #7 Portland, OR 97224 | 10/16/2015 | $75.00 | Fulfillment and storage |
| Bridgeport Log | 16520 SW 72nd Ave #7 Portland, OR 97224 | 10/16/2015 | $125.00 | Fulfillment and storage |
| Costanera Creative LLC | 1201 1st Ave S #304 Seattle, WA 98134 | 10/16/2015 | $340.00 | Creative services |
| DeHaan | 220 W Mercer St, Seattle, WA 98119 | 10/16/2015 | $900.00 | Accounting Services |
| DeHaan | 220 W Mercer St, Seattle, WA 98119 | 10/16/2015 | $3,278.75 | Accounting Services |
| Jess Fishlock | 2 Crissane Rd Bundoora Victoria, 3083 Melbourne, Australia | 10/16/2015 | $750.00 | Endorsed Athlete |
| Radix | P.O. Box 15266 Portland, WA 97293 | 10/16/2015 | $405.00 | Accounting Services |
| Radix | P.O. Box 15266 Portland, WA 97293 | 10/16/2015 | $1,126.50 | Accounting Services |
| WSA Properties II, LLC | 90 NW Dogwood St Suite 102 Issaquah, WA 98027 | 10/16/2015 | $5,100.00 | Rent |
| Washington Trust Bank | P.O. Box 2127 Spokane, WA 99210-2127 | 10/16/2015 | $11,819.02 | Credit card |
| Mallori Smith | 2701 121st Court NE Lake Stevens, WA 98258 | 10/19/2015 | $534.80 | Expense reimbursmet |
| Columbia Retail Benefits Trust (A | 1206 N. Lincoln Suite 200 Spokane, WA 99201 | 10/22/2015 | $7,718.69 | health benefits |
| MacTechs | 2121 1st Ave Suite 103 Seattle WA 98121 | 10/22/2015 | $252.00 | IT support |
| Media Techs | 2502 Canterbury E #112 Seattle, WA 98112 | 10/22/2015 | $124.94 | Printing POS |
| Liberty Mutual | 5612 Lake Washington Blvd NE Suite 100c Kirkland, WA 98033 | 10/26/2015 | $3,643.84 | Business insurance |
| Bridgeport Log | 16520 SW 72nd Ave #7 Portland, OR 97224 | 10/29/2015 | $250.00 | Fulfillment and storage |
| Bridgeport Distribution | 16520 SW 72nd Ave #7 Portland, OR 97224 | 10/29/2015 | $2,421.87 | Fulfillment and storage |
| Bridgeport Distribution | 16520 SW 72nd Ave #7 Portland, OR 97224 | 10/29/2015 | $1,125.00 | Fulfillment and storage |
| Capital Associates | 2037 Birkdale Ave Upland, CA 91784 | 10/29/2015 | $218.40 | Sales Broker |
| Cascade Ice | P.O. Box 307 Bend, OR 97709 | 10/29/2015 | $300.00 | Marketing event supplies |
| Diamond Line Trucking | P.O. Box 938 Meridian, ID 83680 | 10/29/2015 | $91.00 | Freight hauler |
| Diamond Line Trucking | P.O. Box 938 Meridian, ID 83680 | 10/29/2015 | $456.98 | Freight hauler |
| Diamond Line Trucking | P.O. Box 938 Meridian, ID 83680 | 10/29/2015 | $724.83 | Freight hauler |
| Haney Trck Line | P.O. Box 29 Yakima, WA 98907 | 10/29/2015 | $552.50 | Freight hauler |
| Haney Trck Line | P.O. Box 29 Yakima, WA 98907 | 10/29/2015 | $552.50 | Freight hauler |
| Harlow HRK | 300 Dave Cowens Drive, Suite 900, Newport, KY  41071 | 10/29/2015 | $520.22 | Sales Broker |
| Harlow HRK | 300 Dave Cowens Drive, Suite 900, Newport, KY  41071 | 10/29/2015 | $1,051.50 | Sales Broker |
| Jorge Perea | 837 Hermosa S, Las Vegas, NV 89169 | 10/29/2015 | $3,700.95 | Expense reimbursmet |
| Portland Bottling Co | 1321 NE Couch Street Portland, OR 97232 | 10/29/2015 | $1,425.00 | Production and storage |
| Presence Marketing | 12 Executive Court S Barrington, IL 60010 | 10/29/2015 | $2,500.00 | Sales Broker |
| Pyure Brands | 2277 Trade Center Way, Naples, FL 34109 | 10/29/2015 | $5,750.00 | Production ingredients |
| Trustee Planned Services | P.O. Box 2990 Tacoma, WA 98401 | 11/1/2015 | $709.25 | Dental benefits |
| CH Robinson | 17200 SE Mill Plain Blvd, Suite 200 Vancouver, WA 98683 | 11/2/2015 | $518.85 | Freight hauler |
| CH Robinson | 17200 SE Mill Plain Blvd, Suite 200 Vancouver, WA 98683 | 11/2/2015 | $355.00 | Freight hauler |
| CH Robinson | 17200 SE Mill Plain Blvd, Suite 200 Vancouver, WA 98683 | 11/2/2015 | $1,206.28 | Freight hauler |
| CH Robinson | 17200 SE Mill Plain Blvd, Suite 200 Vancouver, WA 98683 | 11/2/2015 | $289.39 | Freight hauler |
| Kaylyn Kyle | 670 Whiteswan Dr Saskatoon, SK, CA S7K8A3 | 11/4/2015 | $1,500.00 | Endorsed Athlete |
| Jorge Perea | 837 Hermosa S, Las Vegas, NV 89169 | 11/9/2015 | $4,734.50 | Expense reimbursmet |
| Todd Olsen | 2506 Lorentz Pl N. Seattle 98019 | 11/10/2015 | $50.00 | Expense reimbursmet |
| Todd Olsen | 2506 Lorentz Pl N. Seattle 98019 | 11/10/2015 | $50.00 | Expense reimbursmet |
| Conner Findley | 4719 142nd ST SE Snohomish, WA 98296 | 11/16/2015 | $27.42 | Expense reimbursmet |
| Jorge Perea | 837 Hermosa S, Las Vegas, NV 89169 | 11/18/2015 | $3,724.00 | Expense reimbursmet |
| CH Robinson | 17200 SE Mill Plain Blvd, Suite 200 Vancouver, WA 98683 | 11/20/2015 | $316.85 | Freight hauler |
| CH Robinson | 17200 SE Mill Plain Blvd, Suite 200 Vancouver, WA 98683 | 11/20/2015 | $630.00 | Freight hauler |
| CH Robinson | 17200 SE Mill Plain Blvd, Suite 200 Vancouver, WA 98683 | 11/20/2015 | $255.30 | Freight hauler |
| CH Robinson | 17200 SE Mill Plain Blvd, Suite 200 Vancouver, WA 98683 | 11/20/2015 | $205.56 | Freight hauler |
| CH Robinson | 17200 SE Mill Plain Blvd, Suite 200 Vancouver, WA 98683 | 11/20/2015 | $449.15 | Freight hauler |
| CH Robinson | 17200 SE Mill Plain Blvd, Suite 200 Vancouver, WA 98683 | 11/20/2015 | $210.55 | Freight hauler |
| CH Robinson | 17200 SE Mill Plain Blvd, Suite 200 Vancouver, WA 98683 | 11/20/2015 | $284.25 | Freight hauler |
| Columbia Retail Benefits Trust (A | 1206 N. Lincoln Suite 200 Spokane, WA 99201 | 11/20/2015 | $3,467.23 | Health benefits |
| Radix | P.O. Box 15266 Portland, WA 97293 | 11/20/2015 | $1,907.50 | Accounting Services |
| Samantha Remillard | 16260 16th Ave SW Burien WA 98166 | 11/27/2015 | $332.04 | Expense reimbursmet |
| CH Robinson | 17200 SE Mill Plain Blvd, Suite 200 Vancouver, WA 98683 | 11/30/2015 | $266.00 | Freight hauler |
| CH Robinson | 17200 SE Mill Plain Blvd, Suite 200 Vancouver, WA 98683 | 11/30/2015 | $605.00 | Freight hauler |
| CH Robinson | 17200 SE Mill Plain Blvd, Suite 200 Vancouver, WA 98683 | 11/30/2015 | $259.13 | Freight hauler |

**Golazo, Inc.**
**Statement of Financial Affairs No. 3, Transfers within 90 days**

| Name | Address | Date | Amount | Reason |
|------|---------|------|--------|--------|
| Trustee Planned Services | P.O. Box 2990 Tacoma, WA 98401 | 12/1/2015 | $709.25 | Dental benefits |
| Delaware Franchise Tax | DE Divisions of Corps 401 Federal Sr Suite 4 Dover, DE 19901 | 12/3/2015 | $589.13 | Franchise corporation tax |
| Liberty Mutual | 5612 Lake Washington Blvd NE Suite 100c Kirkland, WA 98033 | 12/4/2015 | $1,701.92 | Business insurance |
| CH Robinson | 17200 SE Mill Plain Blvd, Suite 200 Vancouver, WA 98683 | 12/7/2015 | $273.00 | Freight hauler |
| CH Robinson | 17200 SE Mill Plain Blvd, Suite 200 Vancouver, WA 98683 | 12/7/2015 | $265.60 | Freight hauler |
| Radix | P.O. Box 15266 Portland, WA 97293 | 12/8/2015 | $3,437.50 | Accounting Services |
| Bush Strout & Kornfeld | 601 Union Street #5000, Seattle, WA 98101-2373 | 12/10/2015 | $15,000.00 | Legal |
| Columbia Retail Benefits Trust (A | 1206 N. Lincoln Suite 200 Spokane, WA 99201 | 12/10/2015 | $4,346.54 | Health benefits |

**Golazo, Inc.**
**Statement of Financial Affairs No. 4, Transfers to insiders within 1 year**

| Name | Address | Date | Amount | Reason |
|------|---------|------|--------|--------|
| Michael Brown | 4534 Bagley Av N, Seattle, WA 98103 | 1/2/2015 | $4,798.14 | Payroll |
| Michael Brown | 4535 Bagley Av N, Seattle, WA 98103 | 1/15/2015 | $104.99 | Expense reimbursement: phone |
| Michael Brown | 4536 Bagley Av N, Seattle, WA 98103 | 1/16/2015 | $4,798.13 | Payroll |
| Michael Brown | 4537 Bagley Av N, Seattle, WA 98103 | 1/30/2015 | $4,798.15 | Payroll |
| Michael Brown | 4538 Bagley Av N, Seattle, WA 98103 | 2/13/2015 | $4,798.13 | Payroll |
| Michael Brown | 4539 Bagley Av N, Seattle, WA 98103 | 2/15/2015 | $104.99 | Expense reimbursement: phone |
| Michael Brown | 4540 Bagley Av N, Seattle, WA 98103 | 2/27/2015 | $4,798.14 | Payroll |
| Michael Brown | 4541 Bagley Av N, Seattle, WA 98103 | 3/13/2015 | $4,798.13 | Payroll |
| Michael Brown | 4542 Bagley Av N, Seattle, WA 98103 | 3/15/2015 | $104.99 | Expense reimbursement: phone |
| Michael Brown | 4543 Bagley Av N, Seattle, WA 98103 | 3/18/2015 | $1,365.09 | Expense reimbursement: travel |
| Michael Brown | 4544 Bagley Av N, Seattle, WA 98103 | 3/27/2015 | $4,798.15 | Payroll |
| Michael Brown | 4545 Bagley Av N, Seattle, WA 98103 | 4/10/2015 | $4,798.13 | Payroll |
| Michael Brown | 4546 Bagley Av N, Seattle, WA 98103 | 4/15/2015 | $104.99 | Expense reimbursement: phone |
| Michael Brown | 4547 Bagley Av N, Seattle, WA 98103 | 4/24/2015 | $4,798.14 | Payroll |
| Michael Brown | 4548 Bagley Av N, Seattle, WA 98103 | 5/8/2015 | $4,798.13 | Payroll |
| Michael Brown | 4549 Bagley Av N, Seattle, WA 98103 | 5/15/2015 | $104.99 | Expense reimbursement: phone |
| Michael Brown | 4550 Bagley Av N, Seattle, WA 98103 | 5/22/2015 | $4,798.15 | Payroll |
| Michael Brown | 4551 Bagley Av N, Seattle, WA 98103 | 6/5/2015 | $4,798.14 | Payroll |
| Michael Brown | 4552 Bagley Av N, Seattle, WA 98103 | 6/15/2015 | $104.99 | Expense reimbursement: phone |
| Michael Brown | 4553 Bagley Av N, Seattle, WA 98103 | 6/19/2015 | $4,798.13 | Payroll |
| Michael Brown | 4554 Bagley Av N, Seattle, WA 98103 | 7/3/2015 | $4,798.14 | Payroll |
| Michael Brown | 4555 Bagley Av N, Seattle, WA 98103 | 7/15/2015 | $104.99 | Expense reimbursement: phone |
| Michael Brown | 4556 Bagley Av N, Seattle, WA 98103 | 7/17/2015 | $4,798.13 | Payroll |
| Michael Brown | 4557 Bagley Av N, Seattle, WA 98103 | 7/31/2015 | $4,798.15 | Payroll |
| Michael Brown | 4558 Bagley Av N, Seattle, WA 98103 | 8/14/2015 | $4,798.13 | Payroll |
| Michael Brown | 4559 Bagley Av N, Seattle, WA 98103 | 8/15/2015 | $104.99 | Expense reimbursement: phone |
| Michael Brown | 4560 Bagley Av N, Seattle, WA 98103 | 8/28/2015 | $4,798.14 | Payroll |
| Michael Brown | 4561 Bagley Av N, Seattle, WA 98103 | 9/11/2015 | $5,153.44 | Payroll |
| Michael Brown | 4562 Bagley Av N, Seattle, WA 98103 | 9/25/2015 | $5,203.53 | Payroll |
| Michael Brown | 4563 Bagley Av N, Seattle, WA 98103 | 10/9/2015 | $5,203.52 | Payroll |
| Michael Brown | 4564 Bagley Av N, Seattle, WA 98103 | 10/23/2015 | $5,203.52 | Payroll |
| Michael Brown | 4565 Bagley Av N, Seattle, WA 98103 | 11/6/2015 | $5,203.52 | Payroll |
| Michael Brown | 4566 Bagley Av N, Seattle, WA 98103 | 11/20/2015 | $5,203.53 | Payroll |
| Michael Brown | 4567 Bagley Av N, Seattle, WA 98103 | 12/4/2015 | $5,203.52 | Payroll |

# United States Bankruptcy Court
## Western District of Washington

In re    **Golazo, Inc.**                Case No. _____

                   Debtor(s)        Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $     **15,000.00** |
| Prior to the filing of this statement I have received | $     **15,000.00** |
| Balance Due | $     **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **December 18, 2015** | **/s/ Arthur A. Shwab WSBA** |
| *Date* | **Arthur A. Shwab WSBA #44250** |
| | *Signature of Attorney* |
| | **Bush Strout & Kornfeld LLP** |
| | **601 Union Street #5000** |
| | **Seattle, WA 98101-2373** |
| | **206-292-2110  Fax: 206-292-2104** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## Western District of Washington

In re    **Golazo, Inc.**                                     Case No. _____

                                  Debtor(s)          Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Co-Founder of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December 18, 2015** _____        **/s/ Richard Tait** _____

                                                **Richard Tait/Co-Founder**
                                                Signer/Title

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

US ATTORNEY
ATN BANKRUPTCY ASSISTANT
700 STEWART STREET
ROOM 5220
SEATTLE, WA 98101-4438


INTERNAL REVENUE SVC (PHIL)
CENTALIZED INSOL OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346


COMMODITY FUTURES TRADING
1155 21ST ST NW
WASHINGTON, DC 20581


SECURITIES & EXCHANGE COMM
ATTN BANKRUPTCY COUNSEL
44 MONTGOMERY ST #2600
SAN FRANCISCO, CA 94104


US TREASURY
SECRETARY OF THE TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220


US DEPT OF EDUCATION
BANKRUPTCY DEPARTMENT
PO BOX 65128
SAINT PAUL, MN 55165


WA DEPT OF REV-SEA
BANKRUPTCY/CLAIMS UNIT
2101 4TH AVE #1400
SEATTLE, WA 98121-2300


WA DEPT OF L&I-OLY
COLLECTIONS
PO BOX 44171
OLYMPIA, WA 98504-4171


WA DEPT OF EMP SEC-OLY
UI TAX ADMIN
PO BOX 9046
OLYMPIA, WA 98507-9046

WA ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS UNIT
800 5TH AVE #2000
SEATTLE, WA 98104


WA DEPT OF SOCIAL&HEALTH SVCS
DIV OF CHILD SUPPORT
PO BOX 11520
TACOMA, WA 98411-5520


ARTHUR A. SHWAB WSBA
BUSH STROUT & KORNFELD LLP
601 UNION STREET #5000
SEATTLE, WA 98101-2373


GOLAZO, INC.
1534 1ST AVE. S SUITE 200
SEATTLE, WA 98154


ADRIAN F. HANAUER
159 S JACKSON STREET #200
SEATTLE, WA 98104


ALBERTSONS
PO BOX 20
BOISE, ID 83726


ALBERTSONS/SAFEWAY
NORTHWEST DIVISION OFFICE
17001 NE SAN RAFAEL STREET
PORTLAND, OR 97230


ALBERTSONS/SAFEWAY
1121 124TH AVE NE
BELLEVUE, WA 98005


ALEX KONICKE
1505 140TH AVE NE
BELLEVUE, WA 98005


ALEX ROSENAST
1130 BROADWAY
SEATTLE, WA 98122

```
AMAZON
440 TERRY AVE. N
SEATTLE, WA 98109


ANDREW GRAHAM
3300 CASCADIA AVE. S
SEATTLE, WA 98144


ANGELMEDIA CORPORATION
C/O WITHERS BERGMAN LLP
430 PARK AVENUE 10TH FL.
NEW YORK, NY 10022-3505


APPLIED FOOD SCIENCE
8708 S CONGRESS AVE. #B-290
AUSTIN, TX 78745


ARANGO GARCIA-URTIAGA, PLACIDO
PASEO DE LA CASTELLANA 280
4A PLANTA MADRID 28046
SPAIN


ASHLAND SHOP N KART
2268 ASHLAND STREET
ASHLAND, OR 97520


ASSOC. INDUSTRIES MGMT. SRVCS.
1206 N LINCOLN #200
SPOKANE, WA 99201


BAKER MCKENZI ABOGADO
EDIFICIO VIRREYES PEDREGAL 24
PISO 12 LOMAS VIRREYES
COL. MOLINO DEL REYMEXICO
MEXICO


BAKER MCKENZIE
452 FIFTH AVE.
NEW YORK, NY 10018


BARNEY J. COHEN
5941 BEACH DR. SW
SEATTLE, WA 98136
```

BARONS MARKET
4001 W POINT LOMA BLVD
SAN DIEGO, CA 92110


BIDDLE GROUP
PO BOX 70897
SEATTLE, WA 98127


BRENNTAG
10747 PATTERSON PLACE
SANTA FE SPRINGS, CA 90670


BRIDGEPORT DISTRIBUTION
16520 SW 72ND AVE #7
PORTLAND, OR 97224


BRIDGEPORT LOG
16520 SW 72ND AVE #7
PORTLAND, OR 97224


CA FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO, CA 94257


CAPITAL ASSOCIATES
2037 BIRKDALE AVE.
UPLAND, CA 91784


CAPT. DRAKE
601 CARLSON PARKWAY #400
MINNETONKA, MN 55305


CARLOS HERRERA
4035 BLACK LAKE BLVD.
OLYMPIA, WA 98512


CH ROBINSON
17200 SE MILL PLAIN BLVD. #200
VANCOUVER, WA 98683


CHELLE HAMMER
1534 1ST AVE. S #200
SEATTLE, WA 98134

```
CITY OF SEATTLE BUSINESS
  LICENSE TAX CERT. RENEWAL
PO BOX 34904
SEATTLE, WA 98124


COMCAST
1701 JFK BLVD
PHILADELPHIA, PA 19103-2838


CORPORATION SERVICE CO.
2711 CENTERVILLE RD #400
WILMINGTON, DE 19808


COSTANERA CREATIVE LLC
1201 1ST AVE. S #304
SEATTLE, WA 98134


CRYSTAL SPRINGS
6750 DISCOVERY BLVD
MABLETON, GA 30126


CURTIS S. NAMES
917 BRYANT PL
OJAI, CA 93023


DARSENIO ERIC HUNTER
133 PONTIUS AVE N #208
SEATTLE, WA 98109


DEANDRE YEDLINS
JAMES GRANT SPORTS LTD.
9000 SUNSET BLVD. #1000
WEST HOLLYWOOD, CA 90069


DEHAAN CPAS
220 W MERCERT STREET
SEATTLE, WA 98119


DELAWARE FRANCHISE TAX
DE DIVISION OF CORPS.
401 FEDERAL SR #4
DOVER, DE 19901
```

DEXTER GUIANG
924 N 74TH STREET
SEATTLE, WA 98103


DHL
1210 S PINE ISLAND RD 4TH FL.
PLANTATION, FL 33324


DIAMOND LINE TRUCKING
PO BOX 938
MERIDIAN, ID 83680


DIAMOND PARKING
605 1ST AVE. #600
SEATTLE, WA 98104


DPI SPECIALTY FOODS
601 ROCKEFELLER AVE.
ONTARIO, CA 91761


DUO-PR
4743 BALLARD AVE. NW #300
SEATTLE, WA 98107


EK BEVERAGE
22145 68TH AVE. S
KENT, WA 98032


FED EX
3610 HACKS CROSS ROAD
MEMPHIS, TN 38125


FLAVIO LABIANO
10960 WILSHIRE BLVD. #2200
LOS ANGELES, CA 90024


FOOD GUYS
30470 SW PARKWAY AVE.
WILSONVILLE, OR 97070


FORD MOTOR CREDIT
PO BOX 552679
DETROIT, MI 48255

```
FRED MEYER
3800 SE 22ND AVE
PORTLAND, OR 97202-2999


FRED MEYER-KROGER
3800 SE 22ND AVE.
PORTLAND, OR 97202


GNT
203 REDWOOD SHORES PKWY
REDWOOD CITY, CA 94065


GOOD TO GO
4554 9TH AVE. NE #100
SEATTLE, WA 98105


GROCERY OUTLET INC.
2000 5TH STREET
BERKELEY, CA 94710


HAGGEN FOOD & PHARMACY
2211 RIMLAND DR #300
BELLINGHAM, WA 98226


HANEY TRUCK LINE
PO BOX 29
YAKIMA, WA 98907


HARLOW HRK
2501 NEFF RD
DAYTON, OH 45414


HARLOW HRK SALES & MKTG. INC.
300 DAVE COWENS DR #900
NEWPORT, KY 41071


HARTEN CORP.
1055 PARSIPPANY BLVD. #302
PARSIPPANY, NJ 07054


HERRERA ENVIRONMENTAL
  CONSULTANTS INC PENSION PLAN
4034 BLACK LAKE BLVD.
OLYMPIA, WA 98512
```

```
INIGO VALLEJO-NAGERA
CALLE ODONNELL 15-7
IZQUIERDA MADRID 28009
SPAIN


JAMIE CHEEVER
3624 WHITMAN AVE N UNIT 1
SEATTLE, WA 98103


JESS FISHLOCK
2 CRISSANE RD
BUNDOOR VICTORIA
3083 MELBOURNE
AUSTRALIA


JIMBOS...NATURALLY!
12853 EL CAMINO REAL
SAN DIEGO, CA 92130-2010


JOHN W. MEISENBACH
1325 4TH AVE. #2100
SEATTLE, WA 98101


JORGE PEREA
2837 HERMOSA S.
LAS VEGAS, NV 89169


JUNGLEDISK.COM
1 FANATICAL PLACE
SAN ANTONIO, TX 78218


KAYLYN KYLE
670 WHITESWAN DR.
SASKATOON, SK S7K 8A3
CANADA


KEHE DISTRIBUTORS
12740 GRAN BAY PKWY #2200
JACKSONVILLE, FL 32258


KEITH ROBBINS
2585 MAGNOLIA BLVD. W
SEATTLE, WA 98199
```

KROGER
1014 VINE STREET
CINCINNATI, OH 45202


LAMAR NEAGLE
5522 ELAINE AVE. SE
AUBURN, WA 98092


LAMBS IGA
12675 NW CORNELL RD
PORTLAND, OR 97229


LAZY ACRES MARKET
302 MEIGS RD
SANTA BARBARA, CA 93109


LIBERTY MUTUAL
5612 LAKE WASH. BLVD NE #100C
KIRKLAND, WA 98033


LINO BERALDI, BELLUZZO
RUA GOMES DE CARVALHO, 1666
18° ANDAR CEP 04547-006
SãO PAULO - SP - BRASIL
BRASIL


MACTECHS
2121 1ST AVE. #103
SEATTLE, WA 98121


MALLORI SMITH
2701 121ST COURT NE
LAKE STEVENS, WA 98258


MARK BURTON
7038 25TH AVE NE APT. C
SEATTLE, WA 98113


MARKET CENTER-UNIFIED GROCERS
3301 S NORFOLK STREET
SEATTLE, WA 98118


MARKET OF CHOICE
2862 WILLAMETTE STREET #B
EUGENE, OR 97405

```
MATT MOSES
18651 NE 55TH WAY
REDMOND, WA 98052


MEDIA TECHS
2502 CANTERBURY E #112
SEATTLE, WA 98112


METROPOLITAN MARKET
4025 DELRIDGE WAY SW #210
SEATTLE, WA 98106


METROPOLITAN MARKET STORES
4025 DELRIDGE WAY SW #210
SEATTLE, WA 98106


MIKE BROWN
4534 BAGLEY AVE. N
SEATTLE, WA 98103


MINDBOGL DESIGN
11711-A GREENWOOD AVE. N
SEATTLE, WA 98133


MOTHERS MARKET
100 KALMUS DR
COSTA MESA, CA 92626


NATIONAL FOOD LAB
365 N CANYONS PKWY #201
LIVERMORE, CA 94551


NATURES BEST
PO BOX 2248
BREA, CA 92822


NEW LEAF MARKET
1101 PACIFIC AVE SUITE 333
SANTA CRUZ, CA 95060


NEW LEAF MARKETING
1101 PACIFIC AVE. #333
SANTA CRUZ, CA 95060
```

NEW SEASON MARKET
2004 N VANCOUVER AVE
PORTLAND, OR 97227


NEW SEASONS MARKETS
2004 N VANCOUVER AVE.
PORTLAND, OR 97227


NOCHENOCHI LLC
316 OCCIDENTAL AVE. S #400
SEATTLE, WA 98104


NORTHGATE MARKETS
1201 N MAGNOLIA AVE.
ANAHEIM, CA 92801


NUGGEST MARKET INC.
168 COURT STREET
WOODLAND, CA 95695


OLYMPIC EAGLE DISTRIBUTING
1101 N LEVEE RD
PUYALLUP, WA 98371


PACIFIC NW INSURANCE
5612 LK WASH. BLVD. NE #100C
KIRKLAND, WA 98033


PATRICK H. ENGELHART
174 IRVINE AVE. APT. 1R
BROOKLYN, NY 11237


PCC
4201 ROOSEVELT WAY NE
SEATTLE, WA 98105-6092


PCC MARKETS
4201 ROOSEVELT WAY NE
SEATTLE, WA 98105


PEACHTREE COMMODITIES
3295 RIVER EXCHANGE DR #110
NORCROSS, GA 30092

```
PERKINS COIE
1201 3RD AVE. #4900
SEATTLE, WA 98101


PERSONAL TOUCH DEMOS
24903 SE 41ST DR
ISSAQUAH, WA 98029


PLAZA BANK
520 PIKE STREET #2750
SEATTLE, WA 98101


PORTLAND BOTTLING CO.
1321 NE COUCH STREET
PORTLAND, OR 97232


PORTLAND TIMBERS/
  /PEREGRINE SPORTS
1844 SW MORRISON
PORTLAND, OR 97205


PRESENCE MARKETING
12 EXECUTIVE COURT S
BARRINGTON, IL 60010


PRISMATIC
5518 157TH DR NE
REDMOND, WA 98052


PUBLIC STORAGE #23115
1621 NE 71ST AVE
PORTLAND, OR 97213-5371


QFC
10116 NE 8TH ST
BELLEVUE, WA 98004


QFC-KROGER
10116 NE 8TH STREET
BELLEVUE, WA 98004


RACKSPACE
1 FANATICAL PLACE
CITY OF WESTCREST
SAN ANTONIO, TX 78218
```

RACKSPACE EMAIL AND APPS
1 FANATICAL PLACE
CITY OF WINCREST
SAN ANTONIO, TX 78218


RADIX
PO BOX 15266
PORTLAND, OR 97293


RICHARD J. TAIT
6969 NE DAY ROAD W
BAINBRIDGE ISLAND, WA 98110


ROSAUERS MARKET
1815 WEST GARLAND AVENUE
SPOKANE, WA 99205


ROUSARS HUCKLEBERRYS MARKET
1815 W GARLAND AVE.
SPOKANE, WA 99205


S.E.A. ENTERPRISES INC.
24445 SE 46TH PL
ISSAQUAH, WA 98029


SANTA MARA RIVIERA
700 E DENNY WAY UNIT 306
SEATTLE, WA 98122


SPORT LICENSING INTERNAT'L BV
THE BELL, B23
370 SARPHATISTRAAT.
AMERSTERDAM 1018 GW
THE NETHERLANDS


STEVE ROSS
PORTLAND, OR 97202


SUNRYPE
1 RAILROAD AVE. S
SELAH, WA 98942

TAFT-GANTZ TRUST
1916 PIKE PLACE #550
SEATTLE, WA 98101


TETHER
318 OCCIDENTAL AVE. S FL. 4
SEATTLE, WA 98104


THE DEMOOING GROUP
204 W HILLCREST BLVD.
MONROVIA, CA 91016


THE ROTH FAMILY TRUST
10880 WILSHIRE BLVD. #2100
LOS ANGELES, CA 90024


TIM SPERRY CONSULTING
PO BOX 812786
WELLESLEY, MA 02482


TODD OLSEN
2506 LAURENTS PL N
SEATTLE, WA 98109


TOPHER DAVIS
3724 SE 40TH AVE APT C
PORTLAND, OR 97202


TOWN & COUNTRY
19302 POWDER HILL PL NE #103
POULSBO, WA 98370


TRAVIS DAHL
1614 184TH AVE. NE
BELLEVUE, WA 98008


TRUSTEE PLANNED SERVICES
PO BOX 2990
TACOMA, WA 98401


ULINE OFFICE SUPPLIES
PO BOX 88741
CHICAGO, IL 60680

UNFI
313 IRON HORSE WAY
PROVIDENCE, RI 02908


UNFI
1101 SUNSET BLVD.
ROCKLIN, CA 95765


UNIFIED GROCERS, INC.
5200 SHEILA STREET
COMMERCE, CA 90040


UPS WORLD HEADQUARTERS
55 GLEN LAKE PKWY NE
ATLANTA, GA 30328


VN GRAPHICS
14640 NE 91ST STREET
REDMOND, WA 98052


WASHINGTON TRUST BANK
PO BOX 2127
SPOKANE, WA 99210


WHOLE FOODS MARKET
HEADQUARTERS 550 BOWIE STREET
AUSTIN, TX 78703


WHOLE FOODS MARKET NOCAL
5980 HORTON STREET #200
EMERYVILLE, CA 94608


WHOLE FOODS MARKET PNW
15 LAKE BELLEVUE DRIVE #100
BELLEVUE, WA 98005


WHOLE FOODS MARKET SOPAC
207 GOODE AVE. 7TH FLOOR
GLENDALE, CA 91203


WILD FLAVORS AND SPECIALTY
  INGREDIENTS
1261 PACIFIC AVE.
ERLANGER, KY 41018

WILL JOHNSON-WASSERMAN MEDIA
  GROUP LLC
10960 WILSHIRE BLVD. #2200
LOS ANGELES, CA 90024


WSA PROPERTIES II, LLC
90 NW DOGWOOD ST #102
ISSAQUAH, WA 98027


YOKES FRESH MARKET
3426 S. UNIVERSITY RD
SPOKANE, WA 99214

# United States Bankruptcy Court
## Western District of Washington

In re    **Golazo, Inc.**                  Case No. _____

                       Debtor(s)          Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Golazo, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **December 18, 2015** | **/s/ Arthur A. Shwab WSBA** |
| Date | **Arthur A. Shwab WSBA #44250** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Golazo, Inc.** |
| | **Bush Strout & Kornfeld LLP** |
| | **601 Union Street #5000** |
| | **Seattle, WA 98101-2373** |
| | **206-292-2110 Fax:206-292-2104** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy